Date: 09/08/05

Policy Number: 7478731

Underwriter Name: COREY ROBINSON
Underwriter Region: ATLANTA
Underwriter Branch: ATLANTA
Underwriter Telephone: (770) 671-2000

INSURED COPY

lx0185
doc015



EXHIBIT A

## FORMS SCHEDULE

Named Insured: CONSOLIDATED COMPANIES, INC.

Policy No: 7478731

Effective Date: 08/28/2005

| Form Number | Edition Date | Endorsement Number | Title |
|---|---|---|---|
| PRFIRS | 01/91 | | FIRE SCHEDULE |
| PRPDEC | 01/91 | | PROPERTY DEC |
| PR9014 | 01/91 | | OCCURRENCE LIMIT OF LIABILITY |
| PR9015 | 01/91 | | POLLUTION CONTAMINATION FORM |
| LEXDOC037 | 07/92 | | SCHEDULE OF MORTGAGEES, LP/AI |
| PR9019 | 01/94 | | STANDARD PROPERTY CONDITIONS |
| 69859 | 02/98 | | PROPERTY MILLENNIUM ENDORSEMENT |
| LX9512 | 08/02 | | MOLD/FUNGUS EXCLUSION |
| PR9514 | 09/02 | | PROPERTY ENDORSEMENT |
| PR9513 | 09/01 | | WAR RISK & TERRORIST EXCLUSION |
| PR9540 | 09/02 | | SCHEDULE OF LIMITS, SUBLIMITS AND DEDUCTIBLES |
| PR9545 | 09/02 | | MANUSCRIPT ALL RISK FORM |
| | | 1 | TIME ELEMENT INTERDEPENDENCY |
| | | 2 | AMENDATORY ENDORSEMENT |

DOC018(ED. 12/87)
LX0295 - A

INSURED'S COPY

**LEXINGTON INSURANCE COMPANY**
Administrative Offices: 100 Summer Street, Boston, Massachusetts 02110-2103
(hereinafter called the Company)

## COMMERCIAL PROPERTY POLICY DECLARATIONS

POLICY NUMBER: 7478731                                RENEWAL OF: 7471382

ITEM 1.   Named Insured:   CONSOLIDATED COMPANIES INC

          Address:         DBA CONCO FOOD SERVICE
                           P.O. BOX 6096
                           METARIE           LA 70009

ITEM 2.   Policy Period:
          From 08/28/05                         To 08/28/06
          at 12:01 A.M. Standard Time at the address of the named insured shown above.

ITEM 3.   Limit of Insurance:
          $25,000,000 PER OCCURRENCE PRIMARY

          Total Premium   $211,547   Minimum Earned Premium   $74,041

ITEM 4.   Perils:
          ALL RISK AS DEFINED AND LIMITED EXCLUDING FLOOD AND EARTHQUAKE AND
          BOILER AND MACHINERY

ITEM 5.   Description of Property Covered:                               Coinsurance
          ALL REAL AND PERSONAL PROPERTY, BUSINESS INCOME, PROPERTY
          OF OTHERS & RENTAL VALUES

ITEM 6.   Mortgagee Clause: Loss, if any shall be payable to:

ITEM 7.   Forms Attached:
          See attached forms schedule

                                                    Authorized Representative OR
                                                    Countersignature (In states where applicable)

PRPDEC(Ed.01/91)
LX1119

## LEXINGTON INSURANCE COMPANY

ANY REFERENCE IN THE POLICY FORM TO CONTACT IN WRITING THE COMPANY'S CLAIM OR LEGAL DEPARTMENTS SHOULD USE THE ADDRESSES PROVIDED BELOW.

Attn: Claim Department
Lexington Insurance Company
100 Summer Street
Boston, Massachusetts 02110-2103

Attn: Legal Department
Lexington Insurance Company
100 Summer Street
Boston, Massachusetts 02110-2103

**NOTICE**

This insurance policy is delivered as a surplus line coverage under the Insurance Code of the State of Louisiana.

In the event of insolvency of the company issuing this contract, the policyholder or claimant is not covered by the Louisiana Insurance Guaranty Association which guarantees only specific policies issued by an insurance company authorized to do business in Louisiana.

This surplus lines policy has been procured by the following licensed Louisiana surplus lines broker:

_____

Signature of Licensed Louisiana Surplus Lines Broker or Authorized Representative

_____

Printed Name of Licensed Louisiana Surplus Lines Broker

FIRE

Schedule of Covered Locations

Policy Number: 7478731

Issued to: CONSOLIDATED COMPANIES INC

| Description of Premises | Limit | Percent of Coins |
|---|---|---|
| PER SCHEDULE SUBMITTED TO S.E.R.S | $25,000,000 | |

PRFIRS(Ed.01/91)
LX1120

Schedule of Mortgagees, Loss Payees, Additional Insureds

Policy Number: 7476731
Issued to: CONSOLIDATED COMPANIES INC

HIBERNIA NATIONAL BANK
8TH FLOOR - COMMERCIAL BANKING
P.O. BOX 61460
NEW ORLEANS          LA    70161

AS RESPECT TO:

V

DOC037(Ed.07/92)
LX0696

INSURED'S COPY

## MANUSCRIPT ALL RISK FORM

The Company does insure, subject to the terms, conditions, definitions, exclusions, limitations and provisions contained herein the Named Insured, as stated in ITEM 1 of the Declarations, hereinafter referred to as the Insured.

1. **TERMS OF INSURANCE**

   In consideration of the premium charged, the policy attaches and covers losses occurring the Policy Period, as stated in ITEM 2 of the Declarations, at the location of property insured, as stated in the Schedule and/or Declarations attached to and forming a part of this policy.

2. **LIMITS OF LIABILITY**

   The Company insures up to and shall not be liable for more than the Limit of Liability as stated in the Schedule of Limits, Sublimits and Deductibles attached to and forming a part of this Policy.

3. **SUBLIMITS OF LIABILITY**

   As stated in the Schedule of Limits, Sublimits and Deductibles attached to and forming a part of this Policy.

   Sublimits of Liability, stated in the Schedule of Limits, Sublimits and Deductibles attached to and forming a part of this Policy, are within, and do not increase, the Limits of Liability stated in Section 2, Limits of Liability.

4. **DEDUCTIBLES**

   A. All loss, damage, and/or expense arising out of any one occurrence shall be adjusted as one loss, and from the amount of each such adjusted loss shall be deducted the sum shown in the Schedule of Limits, Sublimits and Deductibles attached to and forming a part of this Policy;

   B. Earthquake: The sum(s) shown in the Schedule of Limits, Sublimits and Deductibles attached to and forming a part of this Policy shall be deducted from any adjusted loss due to Earthquake;

   C. Flood: The following sum(s) shall be deducted from any adjusted loss due to Flood;

   (1) With respect to locations wholly or partially within Special Flood Hazard Areas (SFHA), areas of 100-year flooding, as defined by the Federal Emergency Management Agency (if these locations are not excluded elsewhere in this policy with respect to the peril of flood), the deductible shall be 5% of the total values at the time of loss at each location involved in the loss, subject to a minimum of $1,000,000 for any one occurrence;

   (2) With respect to Named Storms (a storm that has been declared by the National Weather Service to be a Hurricane, Typhoon, Tropical Cyclone or Tropical Storm), the deductible shall be 5% of the total values at the time of loss at each location involved in the loss, subject to a minimum of $100,000 for any one occurrence;

   (3) With respect to any other flood loss, the deductible shall be 5% of the total values at the time of loss at each location involved in the loss, subject to a minimum $25,000 any one occurrence and a maximum $100,000 any one occurrence.

   D. Windstorm and Hail: The following sum(s) shall be deducted from any adjusted loss due to Windstorm and Hail;

   (1) With respect to locations within Tier I wind zones the deductible shall be 5% of the total values at the time of loss at each location involved in the loss, subject to a minimum of $25,000 for any one occurrence (or as otherwise provided by endorsement hereto);

   (2) With respect to all other locations, all loss, damage, and/or expense arising out of any one occurrence shall be adjusted as one loss, and from the amount of each such adjusted loss shall be deducted the sum shown in the Schedule of Limits, Sublimits and Deductibles attached to and forming a part of this Policy;

MAN
PR9545 (09/02)                                  1

(3) All reference herein to "Tier I", "Tier I Windstorm" or similar "Tier I" references, shall be defined as all locations situated within *Tier I States or Counties* as specified below:

| | |
|---|---|
| Alabama: | Baldwin, Mobile; |
| Florida: | Entire State of Florida; |
| Georgia: | Bryan, Camden, Chatham, Glynn, Liberty, McIntosh; |
| Louisiana: | Cameron, Iberia, Jefferson, Lafourche, Orleans, Plaquemines, St. Mary, St. Bernard, St. Tammany, Terrebonne, Vermilion; |
| Mississippi: | Hancock, Harrison, Jackson; |
| North Carolina: | Beaufort, Brunswick, Carteret, Craven, Dare, Hyde, New Hanover, Onslow, Pamlico, Pender; |
| South Carolina: | Beaufort, Berkley, Charleston, Colleton, Georgetown, Horry, Jasper; |
| Texas: | Aransas, Brazoria, Calhoun, Cameron, Chambers, Galveston, Jackson, Jefferson, Kenedy, Kleberg, Matagorda, Nueces, Orange, Refugio, San Patricio, Victoria, Willacy; |

All other states: As provided by endorsement hereto (if any).

E. In the event of a single occurrence involving more than one location, only one deductible amount shall apply against the entire loss;

F. If two or more deductible amounts in this policy apply to a single occurrence, the total to be deducted shall not exceed the largest deductible applicable;

## 5. LOSS PAYEE

Loss, if any, shall be adjusted with and payable to the Named Insured or their order, unless endorsed otherwise hereon. Receipt of payment by the Insured or Loss Payee as provided under this policy shall constitute a release in full of all liability under this policy with respect to such loss. In the event that the Company makes a partial payment or payments of loss, release in full of all liability shall occur upon final payment with respect to such loss.

## 6. TERRITORY

This policy covers property located within the 50 states comprising the United States of America, the District of Columbia and Canada.

## 7. COVERAGE

Except as hereinafter excluded, this policy covers:

### A. REAL AND/OR PERSONAL PROPERTY

(1) The interest of the Insured in all Real and/or Personal Property, including improvements and betterments and alterations owned or used by the Insured, as stated in the Schedule and/or Declarations attached to and forming a part of this policy, or hereinafter constructed, erected, installed, or acquired.

In the event of loss or damage, the Company agrees to accept and consider the Insured as sole and unconditional owner of improvements and betterments, unless otherwise stated by contract or lease agreement.

(2) The interest of the Insured in Real and Personal Property of others in the Insured's care, custody, or control.

(3) Personal Property of the Insured's officers and employees while on premises of the Insured, for which values have been declared and for which a sublimit is indicated in Section 3. Sublimits of Liability, Paragraph N.

(4) Contractors' interest in property covered to the extent of the Insured's liability imposed by law or assumed by contract.

B. **BUSINESS INTERRUPTION**

Business Interruption means loss resulting from necessary interruption of business conducted by the Insured and caused by direct physical loss or damage by any of the perils covered herein during the term of this policy to Real and/or Personal Property as covered herein.

If such loss occurs during the term of this policy, it shall be adjusted on the basis of the actual loss sustained by the Insured, during the period of restoration, consisting of the net profit (or loss) which is thereby prevented from being earned and of all charges and expenses (excluding ordinary payroll, but only to the extent that they must necessarily continue during the interruption of business, and only to the extent to which they would have been incurred had no loss occurred.

Ordinary payroll is defined to be the entire payroll expenses for all employees of the Insured except officers, Executives and department managers.

The Company shall not be liable for any loss resulting from the time required to reproduce finished stock. Finished stock shall mean stock manufactured by the Insured which in the ordinary course of the Insured's business is ready for packing, shipment, or sale.

(1) **RESUMPTION OF OPERATIONS**: It is a condition of this insurance that if the Insured could reduce the loss resulting from the interruption of business,

   (a) by a complete or partial resumption of operations, or

   (b) by making use of other available stock, merchandise or location such reduction will be taken into account in arriving at the amount of loss hereunder, but only to the extent that the Business Interruption loss covered under this policy is thereby reduced.

(2) **EXPENSE TO REDUCE LOSS**: This policy also covers such expenses as are necessarily incurred for the purpose of reducing any Business Interruption loss under this policy, provided such coverage shall not exceed the amount by which the Business Interruption loss covered under this policy is thereby reduced.

(3) **EXPERIENCE OF BUSINESS**: In determining the amount of net profit (or loss), charges and expenses covered hereunder for the purpose of ascertaining the amount of loss sustained, due consideration shall be given to the experience of the Insured's business before the date of damage or destruction and to the probable experience thereafter had no loss occurred.

C. **EXTRA EXPENSE**

Extra Expense meaning the excess cost necessarily incurred to continue the operation of the Insured's business or facility that would not have been incurred had there been no loss or damage by any of the perils covered herein during the term of this policy to Real and/or Personal Property as covered herein.

D. **RENTAL VALUE**

Rental Value meaning loss sustained by the Insured resulting directly from the necessary untenantability, during the period of restoration, caused by loss, damage or destruction by any of the perils covered herein during the term of this policy to Real and/or Personal Property as described in the previous paragraphs, but not exceeding the reduction in rental value less charges and expenses which do not necessarily continue during the period of untenantability.

For the purpose of this insurance "Rental Value" is defined as the sum of:

(a) the total anticipated gross rental income from tenant occupancy of the described property as furnished and equipped by the Insured, and

(b) the amount of all continuing charges which are the legal obligation of the tenant(s) and which, because of the loss, become obligations of the Insured, and

(c) the fair rental value of any portion of said property which is occupied by the Insured.

(1) **EXPENSE TO REDUCE LOSS:** This policy also covers such expenses as are necessarily incurred for the purpose of reducing any Rental Value loss covered under this policy. Such coverage, however, shall not exceed the amount by which the loss under this policy is thereby reduced.

(2) **EXPERIENCE OF THE BUSINESS:** In determining the amount of Rental Value covered hereunder for the purpose of ascertaining the amount of loss sustained, due consideration shall be given to the rental experience before the date of damage or destruction and to the probable experience thereafter had no loss occurred.

E. **ADDITIONAL PROVISIONS APPLICABLE TO BUSINESS INTERRUPTION, EXTRA EXPENSE AND RENTAL VALUE COVERAGE**

(1) **PERIOD OF RESTORATION:**

Period of restoration means the period of time that:

(a) Begins with the date of direct physical loss or damage by any of the perils covered herein, at the described premises; and

(b) Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

Period of restoration does not include any increased period required due to the enforcement of any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down, of any property; or

(b) Requires the Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "contaminants" or "pollutants" as defined in Section 9. Perils Excluded, Paragraph Q.

The expiration date of this policy will not cut short the period of restoration.

(2) **SPECIAL EXCLUSIONS:** This policy does not insure against any increase of which may be occasioned by the suspension, lapse, or cancellation of any lease, license, contract, or order, nor for any increase of loss due to delays in rebuilding, repairing, or replacing the property damaged or destroyed or with the resumption or continuation of business, or with the reoccupancy of the premises caused by interference at the Insured's premises by strikes or other persons nor for any increase of loss which may be occasioned by loss or damage to property in transit away from the Insured's premises.

(3) **EXTENSION OF COVERAGE:** This policy, subject to all of its provisions and without increasing the Limit of Liability as stated in Section 2. Limits of Liability, and Section 3. Sublimits of Liability, also provides coverage for interruption of business conducted by the Insured resulting from loss or damage, by the perils insured against, during the term of this policy, to:

(a) public utility plants, transformers or switching stations, substations furnishing heat, light, power, water, telephone or gas to the Insured's premises, but within one statute mile of the premises;

(b) any property thereby preventing ingress to or egress from the Insured's premises, for a period not exceeding two (2) weeks;

(c) any property when access to the premises is prohibited by order of civil or military authority, for a period not exceeding two (2) weeks.

F. **VALUABLE PAPERS AND RECORDS**

Valuable papers and records, shall mean written, printed or otherwise inscribed documents and records, including but not limited to books, maps, films, drawings, abstracts, deeds, mortgages, micro inscribed documents, manuscripts and media, but not including Electronic Data Processing Data or Electronic Data Processing Programs, or money and/or securities.

The term securities shall mean all negotiable and non-negotiable instruments or contracts representing either money or other property and includes revenue and other stamps in current use, tokens and tickets, but does not include money.

G. ELECTRONIC DATA PROCESSING EQUIPMENT, MEDIA, DATA AND PROGRAMS

(1) Electronic Data Processing Equipment shall mean electronic data processing systems including keyboards, display screens, terminals, printers and related peripheral equipment;

(2) Electronic Data Processing Media shall mean magnetic tapes, compact discs, diskettes, disk packs, cards or other standardized data recording materials which can be read by electronic data processing equipment;

(3) Electronic Data Processing Data shall mean information, instructions or programs that are recorded on your media, including original source material used to enter data;

(4) Electronic Data Processing Programs shall mean software that are purchased or written specifically to be used with electronic data processing equipment.

H. PROPERTY IN TRANSIT

Property in transit shall mean shipments within and between the territorial limits of this policy including the coastal waters thereof, by any means of conveyance, from the time the property is moved for purpose of loading and continuously thereafter, while awaiting and during loading and unloading and in temporary storage, including temporary storage on any conveyance intended for use for any outbound or inbound shipment; including during unavoidable deviation and delay; until safely delivered into the place of final destination.

This insurance is extended to cover loss or damage to property;

(1) sold and shipped by the Insured under terms of F.O.B. point of origin or other terms usually regarded as terminating the shipper's responsibility short of points of delivery;

(2) occasioned by the acceptance by the Insured, by its agents, or by its customers of fraudulent bills of lading, shipping and delivery orders, or similar documents;

The Insured may waive right(s) of recovery against private and contract carriers and accept bills of lading or receipts from carriers, bailees, warehousemen, or processors limiting their liability, but this Transit insurance shall not inure to the benefit of any carrier, bailee, warehousemen, or processor;

With respect to shipments made under F.O.B. point of origin or similar terms, this Company agrees to waive its rights of subrogation against consignees at the option of the Insured.

The Insured is not to be prejudiced by any agreements exempting lightermen from liability.

Seaworthiness of any vessel or craft is admitted between the Company and the Insured.

I. DEMOLITION AND INCREASED COST OF CONSTRUCTION

In the event of loss or damage under this policy, by any of the perils covered herein, during the term of this policy, to Real Property covered herein, that causes the enforcement of any law or ordinance regulating the construction or repair of the damaged facilities, subject to the sublimit specified in Section 3. Sublimits of Liability, Paragraph E., this policy provides coverage for:

A. the cost of demolishing the undamaged facility including the cost of clearing the site;

B. the value of such undamaged part of the facility which must be demolished;

C. the increased cost of repair or reconstruction of the damaged facility on same or another site limited to the minimum requirements of such law or ordinance regulating the repair or reconstruction of the damaged property and the cost thereof on the same site. However, the Company shall not be liable for any increased cost of construction loss unless the damaged facility is actually rebuilt or replaced within two years;

D. any increase in the business interruption, extra expense or rental value loss arising out of the additional time required to comply with such law or ordinance. This increase will be based upon the difference between the additional time required to comply with the law or ordinance and the time it would have taken to replace the property with materials of like kind and quality, absent such law or ordinance.

### J. DEBRIS REMOVAL

This policy shall cover the necessary and reasonable expenses actually incurred by the Insured for removal of debris of property covered hereunder resulting from damage to covered property by a peril Insured against.

This coverage does not apply to costs to:

(1) Extract "contaminants" or "pollutants" from the debris; or

(2) Extract "contaminants" or "pollutants" from land or water; or

(3) Remove, restore or replace contaminated or polluted land or water; or

(4) Remove or transport any property or debris to a site for storage or decontamination required because the property or debris is affected by pollutants or contaminants, whether or not such removal, transport, or decontamination is required by law or regulation.

It is a condition precedent to recovery under this extension that the Company shall have paid or agreed to pay for direct physical loss or damage to the property insured hereunder and that the Insured shall give written notice to the Company of intent to claim for cost of removal of debris or cost to clean up not later than 180 days after the date of such physical loss or damage.;

This coverage does not increase the Limit of Liability as specified in Section 2. Limits of Liability or Section 3. Sublimits of Liability of this policy.

### K. NEWLY ACQUIRED PROPERTY

This policy is automatically extended to cover additional property as described in this policy which may be purchased, leased or acquired during the policy period, subject to the sublimit shown in the Section 3. Sublimits of Liability, Paragraph I.

The value of such additional property or properties upon which liability is hereby assumed by this Company shall be reported to this Company within sixty (60) days from the date on which the insured acquires an insurable interest in such property or properties failing which, this Company shall be relieved of all liability as assumed hereunder on such property or properties, from date of acquisition until such time as values are reported to, and received by, this Company.

The premium for any newly acquired property declared under this policy shall be due and payable at the time reported and shall be calculated pro rata of the rate applying at such property or properties, from the date on which the insured acquires an insurable interest in such property or properties to the expiration of this policy.

### L. FIRE BRIGADE CHARGES AND EXTINGUISHING EXPENSES

In the event of loss or damage to covered property by a peril Insured against, this policy shall cover:

A. fire brigade and other extinguishing expenses for which the Insured may be assessed;

B. the cost of fire extinguishing materials expended.

## 8. PROPERTY EXCLUDED

This policy does not cover the following:

A. Money; coins, currency, bullion, notes, securities, stamps, food stamps, letters of credit, telephone cards, tickets, accounts, bills, deeds, evidence of debt;

B. Land; land values; soil; water, including ground water, surface water, process water and drinking water; growing crops; drying crops; standing timber; lawns; trees; plants; shrubs and animals except animals held for research and then only for the perils of fire, wind, hail, aircraft, riot or civil commotion, vehicle, explosion and smoke;

C. Cost of excavations, filling, back filling and grading;

D. Underground pipes, flues and drains;

MAN
PR9545 (09/02)

6

INSURED'S COPY

E. Wells; brick, stone or concrete foundations or footings of any kind; pilings below the surface of the ground; piers, wharves or docks; pavements, sidewalks or roadways; retaining walls that are not part of a covered building;

F. Watercraft; aircraft; any type of motor vehicles licensed for highway use, when not on the Insured's premises; railroad rolling stock;

G. Waterborne shipments to and from Hawaii or Alaska;

H. Export shipments after loading on board an overseas vessel or after ocean marine insurance attaches, whichever occurs first; and import shipments until they have been discharged from the overseas vessel or until the ocean marine insurance terminates, whichever occurs last;

I. Furs, fur garments and garment containing fur, jewels, jewelry, watches, pearls, precious and semi-precious stones, bullion, gold, silver, platinum, other precious metals and alloys;

J. Property sold on installment, conditional sale, trust agreement or other deferred payment plan, after delivery to customers, whether or not the insured retains title to such property;

K. Shipments by mail and/or parcel post;

L. Power transmission and feeder lines not on the Insureds premises;

M. Contraband or property in the course of illegal transportation or trade.

## 9. PERILS INSURED AGAINST

This policy insures against all risks of direct physical loss of or damage to property described herein including general average, salvage and all other similar charges on shipments covered hereunder, if any, except as hereinafter excluded.

## 10. PERILS EXCLUDED

This policy does not insure against loss or damage caused directly or indirectly by any of the following excluded perils. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

A. any loss or damage resulting from, or arising out of, fraudulent or dishonest or criminal act or acts committed by the Insured or any of the Insured's employees or others to whom the property may be delivered or entrusted;

B. inventory shortage or unexplained disappearance;

C. the cost of making good defective design or specifications, faulty materials or faulty workmanship. But, if loss or damage from a covered peril herein results, to covered property, from such defective design or specifications, faulty material or faulty workmanship, then this policy will cover such ensuing loss or damage not otherwise excepted or excluded from coverage;

D. electrical injury or disturbance to electrical appliances, devices, or wiring caused by electrical currents artificially generated. But if loss or damage from a covered peril results, to covered property, from such electrical injury or disturbance, then this policy shall cover such ensuing loss or damage not otherwise excepted or excluded from coverage; This exclusion shall not apply to Electronic Data Processing Systems and Valuable Papers.

E. mechanical breakdown. But if loss or damage from a covered peril results from such mechanical breakdown then this policy shall cover such ensuing loss or damage not otherwise excepted or excluded from coverage; This exclusion shall not apply to Electronic Data Processing Systems and Valuable Papers.

F. explosion, rupture, or bursting of steam boilers, steam pipes, steam turbines or steam engines owned or operated by the Insured. But if loss or damage from a covered peril results, to covered property, from such explosion, rupture, or bursting then this policy shall cover such ensuing loss or damage not otherwise excepted or excluded from coverage;

G. loss or damage caused by, arising out of, contributed to, or resulting from:

(1) moth, vermin, termites or other insects;

(2) inherent vice, latent defect, rust, wet or dry rot;

(3) dampness of atmosphere, smog or extremes in temperature, marring, scratching, change in color or finish, contamination by pollutants or any other foreign matter;

(4) fungus, mold(s), mildew or yeast; or any spores or toxins created or produced by or emanating from such fungus, mold(s), mildew or yeast;

    (a) fungus includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including mold(s), rusts, mildews, smuts and mushrooms;

    (b) mold(s) includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and fungi that produce mold(s);

    (c) spores means any dormant or reproductive body produced by or arising or emanating out of any fungus, mold(s), mildew, plants, organisms or microorganisms.

H. errors in processing or manufacturing of the Insured's products. But if loss or damage from a covered peril results, to covered property, from such errors in processing or manufacturing then this policy shall cover such ensuing loss or damage not otherwise excepted or excluded from coverage;

I. ordinary wear, tear, or gradual deterioration. But if loss or damage from a covered peril results, to covered property, from such wear, tear and gradual deterioration then this policy shall cover such ensuing loss or damage not otherwise excepted or excluded from coverage;

J. normal settling, shrinkage or expansion of buildings, foundations or walls, floors, or ceilings. But if loss or damage from a covered peril results, to covered property, from such settling, shrinkage or expansion then this policy shall cover such ensuing loss or damage not otherwise excepted or excluded from coverage;

K. loss of market;

L. delay with respects to property in transit;

M. against nuclear reaction or nuclear radiation or radioactive contamination, all whether controlled or uncontrolled, and whether such loss be direct or indirect, proximate or remote, or be in whole or in part caused by, contributed to, or aggravated by the peril(s) Insured against in this policy; except

    (1) if fires ensues, liability is specifically assumed for direct loss by such ensuring fire but not including any loss due to nuclear reaction, nuclear radiation or radioactive contamination;

    (2) the Company shall be liable for loss or damage caused by sudden and accidental radioactive contamination including resultant radiation damage from material used or stored or from processes conducted on an Insured premises provided at the time of loss there is neither a nuclear reactor capable of sustaining nuclear fission in a self-supporting chain reaction nor any new or used nuclear fuel on the Insured premises.

N. (1) war, hostile or warlike action in time of peace or war, whether or not declared, including action in hindering, combating, or defending against an actual, impending, or expected attack

    (a) by any government or sovereign power (de jure or de factor) or by any authority maintaining or using military, naval, or air forces; or

    (b) by military, naval, or air forces; or

    (c) by an agent of any such government, power, authority, or force;

    (d) any weapon of war employing atomic fission or radioactive force, whether in time of peace or war, whether or not its discharge was accidental;

(3) insurrection, rebellion, revolution, civil war, usurped power, or action taken by governmental authority in hindering combating, or defending against such occurrence, seizure or destruction;

(4) any consequence of any of the foregoing.

O. loss or damage to any aircraft, watercraft or motor vehicles licensed for highway use when not on the Insured's premises;

P. loss or damage caused by or resulting from:

(1) Earthquake and/or Volcanic Eruption, unless specified in Section 3. Sublimits of Liability, Paragraph K., and then only for such specified amount;

(2) Flood, unless specified in Section 3. Sublimits of Liability, Paragraph J., and then only for such specified amount;

(3) any and all loss from any other cause when occurring concurrently or sequentially with Earthquake, Volcanic Eruption or Flood except Fire; and the limit of insurance hereunder for such Fire shall be the amount of insurance covering the property or the residual value of the property if the Fire is preceded by Earthquake or Volcanic Eruption damage or Flood, whichever is the lesser amount.

Q. any loss or damage caused by, resulting from, contributed to or made worse by actual alleged or threatened release, discharge escape or dispersal of "CONTAMINANTS" or "POLLUTANTS", all whether direct, indirect, proximate or remote or in whole or in part caused by contributed to or aggravated by any physical damage insured by this policy.

Nevertheless, if fire, not otherwise excepted or excluded from coverage, arises directly or indirectly from seepage or contamination or pollution, any loss or damage insured under this policy arising directly from that fire is insured, subject to the provisions of this policy.

"CONTAMINANTS" and "POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste which after its release can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use to property insured hereunder, including, but not limited to, bacteria, fungi, virus, or hazardous substances as listed in the Federal Water, Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act or as designated by the U. S. Environmental Protection Agency. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion shall not apply when loss or damage is directly caused by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm, hail, vandalism, malicious mischief. But, this Company shall not be liable for more than $100,000 as a result of such ensuing loss or damage.

This exclusion shall also not apply when loss or damage is directly caused by leakage or accidental discharge from automatic fire protection systems.

R. This policy does not cover:

(1) The removal of asbestos, dioxin or polychlorinated biphenols (hereinafter all referred to as "Materials") from any good, product or structure. However, if asbestos is damaged by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm or hail, vandalism, malicious mischief, or leakage or accidental discharge from an automatic fire protection system, the cost of removal shall be covered herein. The coverage afforded by this extension does not apply to the costs of investigation or defense of any loss or damage, or any costs for loss of use expense, fine or penalty or for any expense or claim or suit related to any of the above.

(2) Demolition or increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating such Materials.

(3) Any governmental direction or request declaring that such Materials present in, or part of, or utilized on any undamaged portion of the Insured's property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

S. Notwithstanding any of the provisions of this policy, the Company shall not be liable for loss, damage, costs, expenses, fines or penalties incurred or sustained by or imposed on the Insured at the order of any Government Agency, Court or other Authority arising from any cause whatsoever.

MAN
PR9545 (09/02)

9

INSURED'S COPY

## 11. VALUATION

At the time of loss, the value of covered property, unless otherwise endorsed herein, shall be as follows:

A. Real and/or Personal Property at replacement cost without deduction for depreciation except as provided below or by endorsement.

   (1) The Company's liability for loss on a replacement cost basis shall not exceed the smallest of the following amounts:

      (a) The limit of this policy applicable to the damaged or destroyed property;

      (b) The replacement cost of the property or any part thereof identical with such property on the same premises and intended for the same occupancy and use; or

      (c) The amount actually and necessarily expended in repairing or replacing said property or any part thereof.

   (2) The Company shall not be liable under this clause for any loss, occasioned directly or indirectly by the enforcement of any ordinance or law regulating the use, construction, repair or demolition of property unless such liability has been specifically assumed under this policy;

   (3) If the property is not repaired or replaced within a reasonable period from the date of loss, the valuation is to be on an Actual Cash Value basis measured at the time of loss. Actual Cash Value shall mean the lesser of (i) replacement cost less depreciation or (ii) market value.

B. Contractors Equipment at not more than the Actual Cash Value of the property at the time of loss or damage with proper deduction for depreciation.

C. Property of others at the amount for which the Insured is liable but in no event to exceed replacement cost plus the cost of labor performed and materials expended thereon at the time of loss.

D. Tenant's Improvement and Betterments:

   (1) If repaired or replaced at the expense of the Insured within a reasonable period from the time of loss, the replacement cost of the damaged or destroyed improvements and betterments.

   (2) If not repaired or replaced within a reasonable period from the time of loss, the proportion of the original cost at the time of installation of the damaged or destroyed property which the unexpired term of the lease or rental agreement, whether written or oral, in effect at time of loss bears to the period from the date such improvements or betterments were made to the expiration date of the lease.

   (3) If repaired or replaced at the expense of others, there shall be no liability hereunder.

E. Mercantile Stock: stock actually sold but not delivered at the price at which it was sold, less all discounts and unincurred expenses.

F. Manufacturer's Finished Stock: finished stock manufactured by the Insured at the price, less all discounts and unincurred expenses, for which the stock has been or would have been sold had no loss occurred.

G. Valuable papers and records and media: The cost to repair or replace the property with other property of like kind and quality including the cost of gathering and/or assembling information, but only if such property is actually repaired or replaced.

H. Patterns and dies: Replacement cost if actually replaced within twelve months following the date of loss otherwise at scrap value.

I. Electronic Data Processing Equipment: The actual cost to repair or replace the lost or damaged property with new property of the same kind, quality and capability, on the same site and used for the same purpose.

J. Electronic Data Processing Media: The actual cost to repair or replace the property with other property of like kind and quality.