**Forrester, Jr., William R.**

From: Forrester, Jr., William R.
Sent: Friday, May 25, 2007 11:47 AM
To: 'dwilson@glllaw.com'

David- we would like to set aside some dates to take depositions in Conco v. Lexington during June and July. Please give me a call. Thanks Bill Forrester phn 584-9420



EXHIBIT E

Forrester, Jr., William R.

From: Forrester, Jr., William R.
Sent: Friday, May 25, 2007 12:29 PM
To: 'David B. Wilson'
Subject: RE: Conco dates

Thanks-Bill

-----Original Message-----
From: David B. Wilson [mailto:dwilson@glllaw.com]
Sent: Friday, May 25, 2007 11:57 AM
To: Forrester, Jr., William R.
Subject: Re: Conco dates


I'm out of the office today and Monday, but I will pull calenders and get some dates for you on Tuesday.

David B. Wilson
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana   70139-4800
Telephone:    (504) 561-0400
Direct Dial:  (504) 654-1316
Facsimile:    (504) 561-1011

E-Mail:   DWILSON@GLLLAW.COM

The accompanying e-mail is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information that is confidential and privileged.  Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited.  If you have received this e-mail in error, please notify us immediately by telephone, (504) 561-0400.
>>> "Forrester, Jr., William R." <wforrester@lemle.com> 05/25/07 11:47 AM >>>
David- we would like to set aside some dates to take depositions in Conco v. Lexington during June and July. Please give me a call. Thanks Bill Forrester phn 584-9420



EXHIBIT
F

Forrester, Jr., William R.

From: Forrester, Jr., William R.
Sent: Tuesday, June 26, 2007 3:45 PM
To: 'David B. Wilson'
Subject: RE: Conco depo dates

David- confirming our conversation today- you are going to get back to me tomorrow with some firm dates and places for the depositions of May, Bishop, Whiting, Lehman and Trusler sometime during July. As soon as you identify Conco people you want to depose we will respond immediately. If this process doesn't work we are going to have to get the Magistrate to do it for us- hope that is not necessary but we have a lot of people to depose and time is running out. Thank you. Bill Forrester

-----Original Message-----
**From:** David B. Wilson [mailto:DWilson@glllaw.com]
**Sent:** Tuesday, June 26, 2007 2:36 PM
**To:** Forrester, Jr., William R.
**Subject:** RE: Conco depo dates

We have blocked out July 19, 20, 23, 27, 30 and August 1, 3, and 10 for depositions of both parties in this matter. Let me know what dates work for you so that we can coordinate everything. Thanks.

David B. Wilson
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:  (504) 561-0400
Direct Dial: (504) 654-1316
Facsimile:  (504) 561-1011

E-Mail: DWILSON@GLLLAW.COM

The accompanying e-mail is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information that is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone, (504) 561-0400.

>>> "Forrester, Jr., William R." <wforrester@lemle.com> 6/15/2007 12:34 PM >>>
Thanks-please stay in touch- Bill

-----Original Message-----
**From:** David B. Wilson [mailto:DWilson@glllaw.com]
**Sent:** Friday, June 15, 2007 9:26 AM
**To:** Forrester, Jr., William R.
**Subject:** Re:

Sorry for the delay in responding. I am on the road doing depositions. I have been trying to coordinate where to have my people's depos and dates. I should know something in the next few days. Thanks.

EXHIBIT
G

9/4/2007