



EXHIBIT S

August 22, 2007

**DELIVERED BY HAND**

David B. Wilson, Esquire
Gieger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras St., 48th Floor
New Orleans, LA 70139

  RE: Consolidated Companies, Inc. v. Lexington Insurance Company

Dear Mr. Wilson:

  We are writing in response to the subpoena that you issued to Legier & Materne, *apac*, dated August 10, 2007 in connection with the above referenced matter and object to it based upon the following:

> ➢ On May 31, 2007, this firm issued and produced to you its twelve page expert report dated May 31, 2007 through counsel for the plaintiff in this matter. This report contained our expert opinions rendered in connection with this matter, along with the detailed bases and reasons for same, as well as a listing of the extensive documents and information relied upon by us and produced in connection with this matter. Additionally, this report contained 37 pages of supplemental exhibits pertaining to the curriculum vitae of myself and Ms. Tuthill, along with a comprehensive listing of expert testimony. This report and its exhibits conform with the Federal Rules of Evidence as they pertain to expert reports.

> ➢ Within this firm's expert report dated May 31, 2007, it was stated that:
>
> > *"The support documents, including the work papers and reference report binder, are voluminous, are incorporated herein, and will be made available to Lexington."*[1]

---

[1] *Legier & Materne, apac, expert report dated May 31, 2007, page 2.*

Energy Centre • 1100 Poydras St. • 34th Floor • New Orleans, LA 70163 • Telephone 504/561-0020 • Fax 504/561-0023
Member American Institute of Certified Public Accountants
• Private Companies Practice Section   • Management Consulting Services Section   • Personal Financial Planning Section

David B. Wilson, Esquire
August 22, 2007
Page 2

- Notwithstanding that this firm received no request from your firm for the voluminous supporting documents, including the work papers and reference report binder noted above, on June 8, 2007 this firm produced to you 57 pages of detailed financial analyses in further support of our report.

- On or about July 5, 2007, this firm produced to you through counsel for the plaintiff in this matter a three-ring binder containing approximately 500 pages of the financial analyses prepared by us, including the documents and information relied upon by us, in connection with and in support of our report dated May 31, 2007.

- On August 7, 2007, this firm issued its updated report, along with supporting financial analyses pertaining thereto. This updated report contained the same methodology utilized in our May 31, 2007 report and was only supplemented by additional information obtained by us subsequent to the issuance of our May 31, 2007 report.

- On Friday, August 3, 2007 and on Thursday, August 9, 2007, your firm conducted extensive depositions of myself and my partner, Ms. Tuthill. At this time, the voluminous documents and information provided to you as noted above had been in your possession for up to two months. During these depositions, you had the opportunity to obtain any and all additional information that you may have requested in connection with our sworn testimony on these dates. However, you made no request at any time during these depositions for any documents or information beyond those that you already possessed and as set forth above.

- On Friday, August 10, 2007, after all the foregoing documents and information was provided to your office and after the discovery cutoff date in this matter, a subpoena issued by your firm dated August 10, 2007 was hand delivered to our office at 5:10pm. This subpoena requested the same information previously provided to you by us as set forth above. While the subpoena was addressed to Legier & Materne, *apac*, c/o Mr. William Legier, it was not served on myself personally, as I was away from the office at that time, nor was any signature requested or obtained. Furthermore, we noted that there was no check for a witness fee accompanying this subpoena.

David B. Wilson, Esquire
August 22, 2007
Page 3

In summary, your office has been provided with all of the documents and information relied upon by us, which you have had ample opportunity to review and examine us on in connection with our depositions. Requiring us to produce this information again would be unduly burdensome.

Sincerely,

COPY

William R. Legier, CPA, CFE

cc: Alan H. Goodman, Esquire
    William R. Forrester, Jr., Esquire