# LEMLE & KELLEHER, L.L.P.

CONSOLIDATED COMPANIES, INC.
VS.
LEXINGTON INSURANCE COMPANY

PREPARED FOR:

ALAN H. GOODMAN, ESQUIRE



THE MARK OF EXCELLENCE





May 31, 2007

**DELIVERED BY HAND**
Alan H. Goodman, Esquire
Lemle & Kelleher, L.L.P.
Attorneys at Law
21st Floor, Pan-Am Life Center
601 Poydras Street
New Orleans, LA 70130

**RE: Consolidated Companies, Inc. vs. Lexington Insurance Company**

Dear Mr. Goodman:

## SCOPE

You have asked that we study and analyze information provided to us in connection with the above referenced matter and provide our opinions as to the amount of business interruption loss, extra expenses and property damages sustained by Consolidated Companies, Inc. ("Conco" or the "Insured"), along with the bases and reasons for these opinions, given a restoration period from August 29, 2005 through November 30, 2006 (the "Period of Restoration").

## BACKGROUND

We understand that on August 29, 2005, Conco sustained damages to its facility located in Harahan, Louisiana (the "Harahan Warehouse") as a result of Hurricane Katrina (the "Hurricane"). In March 2006, Conco submitted its claim for damages resulting from the Hurricane (the "Claim") covered under its insurance policy dated August 2005 (the "Policy") to its insurer, Lexington Insurance Company ("Lexington" or the "Insurer"). Subsequently, Conco supplemented the Claim with additional information. The Insurer has made one payment totaling $3 million to Conco in connection with the Claim.

**SUMMARY OF DOCUMENTS AND INFORMATION**

In the course of this engagement, we have studied and analyzed the following documents and information, which have been provided to us to date:

- Detailed business interruption loss, property damage and extra expense calculations prepared by Conco and submitted to Lexington in March 2006, as well as supplements and documents in support thereof
- Books and records of Conco, including detailed financial statements by account, budgets, and detailed supporting documents and analyses generated by Conco's accounting system
- Complaint, Answer and Interrogatories and Requests for Document Production filed in this matter
- Interviews with Conco's officers and employees, including Victor J. Kurzweg, III, R. Scott Stephenson, Peter Algero, Jr. and David Wilkinson, and tours of Conco's corporate and Harahan operations
- Conco's insurance policy issued by Lexington
- Other documents and information provided by the parties in connection with this matter

The support documents, including the work papers and reference report binder, are voluminous, are incorporated herein, and will be made available to Lexington.

This report may only be used in connection with this matter. It is not intended for, and may not be used for, other purposes or by anyone not directly involved in this matter. It is based upon information provided to us to date. As of this date, we have not been provided with any documents or information from Lexington regarding its calculation or evaluation of the Claim. Accordingly, to the extent that additional information is produced in connection with this matter, this report may be subject to update. The curriculum vitae of William R. Legier and Jacqueline C. Tuthill and a listing of previous deposition and trial testimony are attached. The compensation to be paid in connection with this engagement will be based on rates ranging from $75 to $345 per hour.

**BASES AND REASONS FOR OPINIONS**

In connection with our study and analysis of the documents and information set forth above, we note the following as the bases and reasons for our opinions:

**Business Interruption Loss -**

Business Interruption is addressed in the Policy as follows:

> "*Business Interruption means loss resulting from necessary interruption of business conducted by the Insured and caused by direct physical loss or damage by any of the perils covered herein during the term of this policy to Real and/or Personal Property as covered herein.*
>
> *If such loss occurs during the term of this policy, it shall be adjusted on the basis of the actual loss sustained by the Insured, during the period of restoration, consisting of the net profit (or loss) which is thereby prevented from being earned and of all charges and expenses (excluding ordinary payroll), but only to the extent that they must necessarily continue during the interruption of business, and only to the extent to which they would have been incurred had no loss occurred.*
>
> *Ordinary payroll is defined to be the entire payroll expenses for all employees of the Insured except officers, Executives and department managers.*
>
> . . .
>
> *(1) RESUMPTION OF OPERATIONS: It is a condition of this insurance that if the Insured could reduce the loss resulting from the interruption of business,*
>
> *(a) by a complete or partial resumption of operations, or*
>
> *(b) by making use of other available stock, merchandise or location such reduction will be taken into account in arriving at the amount of loss hereunder, but only to the extent that the Business Interruption loss covered under this policy is thereby reduced.*
>
> *(2) EXPENSE TO REDUCE LOSS: This policy also covers such expenses as are necessarily incurred for the purpose of reducing any Business Interruption loss under this policy, provided such coverage shall not exceed the amount by which the Business Interruption loss covered under this policy is thereby reduced.*



*(3) EXPERIENCE OF BUSINESS: In determining the amount of net profit (or loss), charges and expenses covered hereunder for the purpose of ascertaining the amount of loss sustained, due consideration shall be given to the experience of the Insured's business before the date of damage or destruction and to the probable experience thereafter had no loss occurred."*[1]

In applying the above methodology and in determining Conco's business interruption loss, the following calculations were performed for the Period of Restoration:

1) Assuming that Conco resumed operations as it actually did ("Resumption of Operations"):

The difference between its actual versus "but for" profits as follows: [2]

a. The amount of actual net profit (loss) earned by Conco[3], and

b. The amount of "but for" net profit (loss) which was prevented from being earned.

This amount was calculated by using Conco's budgeted profit for the Period of Restoration[4] adjusted by its historical budget versus actual achievement factor attained by it during the seven months January through July 2005, the months immediately prior to the month of the Hurricane. This period was selected as it was not affected

---

[1] *The Policy, page 3.*

[2] *The individual revenue and expense accounts comprising this difference were adjusted for amounts that were not attributable to the Hurricane.*

[3] *In determining Conco's actual net profit, increased levels of operating expenses were noted in areas, including payroll and delivery expense, due to issues including inefficiencies in operations resulting from property damage to the Harahan Warehouse. These operating expenses to the extent possible were separately categorized in Conco's accounting system. However, Conco's accounting system did not allow this delineation for all of these expenses. To the extent that certain of these expenses would have been separately categorized as extra expenses, the amount of business interruption loss and extra expenses noted herein would have decreased and increased, respectively, in the same amount, resulting in no change in the total amount of the Claim.*

[4] *Conco's budgeted profits for the Period of Restoration were prepared by it for two separate periods, Aug – Dec 2005 and Jan – Nov 2006. The former was a part of Conco's 2005 calendar year budget prepared by it prior to the Hurricane and the latter was part of its 2006 calendar year budget which was prepared by it after the Hurricane. A comparative analysis of the 2005 budget to Conco's actual performance prior to the Hurricane indicates that its actual performance was closely tracking budget. The 2006 budget prepared after the Hurricane when compared to the 2005 budget prepared before the Hurricane is reasonably consistent given Conco's historical operations.*

by the Hurricane and in keeping with the requirements of the Policy as set forth above.

The results of these calculations are as follows:

| | ***Resumption of Operations*** |
|---|---|
| Costs and Expenses | $205,561,483 |
| Revenue, Including Inside Margin | 205,840,489 |
| Net Income (Loss) | 279,006 |
| "But For" Profits | 8,247,449 |
| Business Interruption Loss Assuming Resumption of Operations | $7,968,443 |

2) Assuming that Conco had not resumed operations ("No Resumption of Operations"):

The sum of continuing expenses and "but for" profits as follows:

a. All expenses (excluding ordinary payroll), to the extent that they would have necessarily continued during the Period of Restoration and only to the extent to which they would have been incurred had no loss occurred.

For the purpose of this calculation, these amounts were determined based upon the actual expenses incurred by Conco during the seven months January through July 2005, the months immediately prior to the month of the Hurricane. This period was selected as expenses incurred during this period were not affected by the Hurricane. Additionally, only expenses that were likely to continue during the Period of Restoration (excluding ordinary payroll) were included.

b. The amount of "but for" net profit (loss) which was thereby prevented from being earned.

This amount was calculated by using Conco's budgeted profit for the Period of Restoration[5] adjusted by its historical budget versus actual achievement factor attained by Conco during the seven months January – July 2005, the months immediately prior to the month of the Hurricane. This period was selected as it was not affected by the Hurricane and in keeping with the requirements of the Policy as set forth above.

The results of these calculations in a) and b) above are as follows:

| | ***No Resumption of Operations*** |
|---|---|
| Costs and Expenses | $12,953,899 |
| Revenue, Including Inside Margin | 0 |
| Net Income (Loss) | (12,953,899) |
| "But For" Profits | 8,247,449 |
| Less: | |
| August 1st - 28th Profit | (111,409) |
| Business Interruption Loss Assuming No Resumption of Operations | $21,089,939 |

In view of 1) and 2) above, it should be noted that as a result of Conco's Resumption of Operations during the Period of Restoration, Conco reduced its business interruption loss from $21,089,939 (assuming No Resumption of Operations) to $7,968,443 (assuming the Resumption of Operations), for a total savings of $13,121,496 for Lexington. Should the trier of fact in this matter find that Conco is entitled to recover such amount of the total savings noted above, then the amount of business interruption loss under the Policy in this matter totals $13,121,496.

[5] *Ibid.*

3) Assuming that the Policy wording is interpreted as written and given that Conco resumed operations as it actually did ("Policy Language"):

The sum of continuing expenses and "but for" profits reduced by the actual net income as follows:

a. All expenses (excluding ordinary payroll), to the extent that they would have necessarily continued during the Period of Restoration and only to the extent to which they would have been incurred had no loss occurred.

For the purpose of this calculation, these amounts were determined based upon the actual expenses incurred by Conco during the seven months January through July 2005, the months immediately prior to the month of the Hurricane. This period was selected as expenses incurred during this period were not affected by the Hurricane. Additionally, only expenses that were likely to continue during the Period of Restoration (excluding ordinary payroll) were included.

b. The amount of "but for" net profit (loss) reduced by the actual net income

The results of these calculations in a) and b) above are as follows:

| | ***Policy Language*** |
|---|---|
| Costs and Expenses | $12,953,899 |
| "But For" Profits Reduced by Actual Net Income | 7,968,443 |
| Business Interruption Loss Assuming Policy Language | $20,922,342 |

In view of these calculations, the business interruption loss is $20,922,342 under the Policy Language.

*Sales Trend Before versus After the Hurricane -*

In performing the calculations noted above, Conco's actual sales for the one-year period before the Hurricane were used to calculate its "but for" sales trend after the Hurricane. This "but for" sales trend was then compared to Conco's actual sales trend after the Hurricane.

In connection with this analysis, we noted that Conco entered into an agreement with Picadilly Restaurants, LLC ("Picadilly") to supply approximately fifty of its cafeteria-style restaurants beginning in August 2005 from the Harahan Warehouse. Since this occurred after the preparation of Conco's 2005 budget, the effect of these sales was not included therein. Had the effect of these sales been included in Conco's 2005 budget, the amounts of business interruption loss noted above would increase.

Furthermore, for purpose of consistency in preparing the graph noted below and in performing our analysis of Conco's sales trend before versus after the Hurricane, monthly sales to Picadilly were excluded from our analysis of Conco's actual versus "but for" sales trend. A graphic depiction of this analysis without Picadilly sales is as follows:



*Sales from Conco's Shreveport, Louisiana Facility -*

After the Hurricane during the month of September 2005, Conco sold and delivered certain products to some of its Harahan Warehouse customers from its Shreveport, Louisiana facility to the extent possible. However, due to the increased cost and limited and incomplete selection of products associated with its Shreveport facility, this practice was discontinued. Our calculations of business interruption losses were reduced by the financial benefit derived by these sales.

**Extra Expenses -**

Extra expense is addressed in the Policy as follows:

> *"Extra Expense meaning the excess cost necessarily incurred to continue the operation of the Insured's business or facility that would not have been incurred had there been no loss or damage by any of the perils covered herein during the term of this policy to Real and/or Personal Property as covered herein."*[6]

In applying the above methodology and in assessing Conco's extra expenses, the following procedures were performed:

- A compilation of amounts of extra expenses claimed by Conco was prepared totaling $2,887,688 reflecting information from the various accounting and related documents supporting this amount.

[6] *The Policy, page 10.*

**Property Damages –**

For Conco's property damage amounts, the following procedures were performed:

- A compilation of amounts of property damages claimed by Conco was prepared totaling $1,692,031 for work performed to date in connection with the roof repairs to the Harahan Warehouse. The contractor's estimate for repairs to the administrative offices at the Harahan Warehouse is $187,415 (which reflects a downward adjustment for betterments).

- A compilation of Conco's claim for damaged inventory was prepared totaling $823,775.

## OPINIONS

In view of the above, it is our opinion that the amount of business interruption loss, extra expenses and property damages sustained by Conco during the Period of Restoration is as follows:

A) Assuming the Policy Language:

| ***Description*** | ***Amount*** |
|---|---|
| Business Interruption | $20,922,342 |
| Extra Expense | 2,887,688 |
| Property Damages | |
| Building | 1,879,446 |
| Inventory | 823,775 |
| Total | $26,513,251 |

B) Assuming the Resumption of Operations:

| ***Description*** | ***Amount*** |
|---|---|
| Business Interruption | $7,968,443 |
| Extra Expense | 2,887,688 |
| Property Damages | |
| Building | 1,879,446 |
| Inventory | 823,775 |
| Total | $13,559,352 |

C) Assuming No Resumption of Operations:

| ***Description*** | ***Amount*** |
|---|---|
| Business Interruption | $21,089,939 |
| Extra Expense | 2,887,688 |
| Property Damages | |
| Building | 1,879,446 |
| Inventory | 823,775 |
| Total | $26,680,848 |

D) Assuming savings resulting from B) and C) noted above:

| ***Description*** | ***Amount*** |
|---|---|
| Business Interruption | $13,121,496 |
| Extra Expense | 2,887,688 |
| Property Damages | |
| Building | 1,879,446 |
| Inventory | 823,775 |
| Total | $18,712,405 |

Sincerely,

Legier & Materne, *apac*
Consultants and CPAs

# William R. Legier, *CPA, CFE*

## *CURRICULUM VITAE*

# William R. Legier, CPA, CFE



*William R. Legier, CPA, CFE*

## CURRICULUM VITAE

## FIRM NAME AND ADDRESS:

**LEGIER & MATERNE**, *apac*
Consultants and Certified Public Accountants
Energy Centre, 34th Floor
1100 Poydras Street
New Orleans, LA 70163

Telephone Numbers:
(504) 599-8300 Direct
(504) 599-8351 Facsimile - Direct
Email: legier@lmcpa.com

## SUMMARY OF QUALIFICATIONS:

Thirty-four years of successful accounting experience. Certified Public Accountant, Certified Fraud Examiner with advanced standing, high level corporate background, extensive testimony in Federal and State Courts for leading national law firms and Fortune 500 companies in areas including calculating and refuting financial damages including lost profits (business interruption), fraud detection and recovery, mismanagement, appointment of receivers, business valuations, shareholder disputes, evidence of ownership, identification of hidden assets, corporate veil piercing, analysis and explanation of complex financial transactions, bankruptcies, forensic accounting, accounting malpractice and marital dissolutions.

## EDUCATION:

**LOUISIANA STATE UNIVERSITY** - Baton Rouge, Louisiana
Bachelor of Science Degree, 1970
Major: Accounting
Minor: Business Administration
Member, Beta Alpha Psi - Honorary Accounting Fraternity

**CERTIFIED PUBLIC ACCOUNTANT** – 1974

**CERTIFIED FRAUD EXAMINER** - 1991

**CONTINUING PROFESSIONAL EDUCATION** - (approximately 40+ hours per year) on the topics including the following:

- Fraud Auditing and Investigation
- Forensic Accounting
- Business Valuation
- Business Planning and Consulting
- Family Business Management
- Litigation/Expert Witness Services
- Calculating and Refuting Damages from Lost Profits
- Personal Financial Planning
- Federal Income Taxes
- Financial Aspects of Historic Preservation
- Income Tax Planning
- Management Advisory Services
- Preparation of Prospective Financial Statements

**EMPLOYEE HISTORY:**

**LEGIER & MATERNE,** *apac*
Consultants and CPAs - New Orleans, Louisiana - 1984 to present.

***MANAGING DIRECTOR***

Responsible for the management and coordination of the firm's operations, finance, marketing, and research and development, including accounting, auditing, tax and management advisory services divisions.

**McDONALD SALES CORPORATION - New Orleans, Louisiana**, 1975 to 1983.

***VICE PRESIDENT, FINANCE - OPERATIONS***

Responsible for all financial and operating aspects of this privately-owned $100 million group of diversified companies in fields such a as:

- Wholesale distribution of major appliance brands including RCA, Litton, White-Westinghouse, Tappan and Burlington House
- Direct mail order sales of the Oreck Vacuum Cleaner products to over one million customers throughout the United States

**EMPLOYMENT HISTORY: (Continued)**

**McDONALD SALES CORPORATION** (continued) –

- ❑ Retail sales of Oreck Vacuum Cleaner products through regional company- owned stores
- ❑ Manufacturing and direct mail order sales of Viking clocks
- ❑ Retail sales of Viking clocks through company-owned retail stores
- ❑ Real Estate acquisition, development and management
- ❑ Private safe deposit vault operations
- ❑ Commercial financial services (floor plan financing to wholesale customers)
- ❑ Captive advertising agency operations
- ❑ Responsibilities included supervision of over 150 employees through 8 to 10 departmental managers in the following areas:
  - Corporate accounting and finance including financial reporting, budgeting, forecasting and long range strategic planning and tax compliance
  - Treasury functions including cash management, maintenance of investments portfolio and banking relations
  - Vendor financial relations
  - Business Information Technology including selections and development of computer hardware and software, systems design and installation
  - Product manufacturing and distribution through several facilities within the Gulf South Region
  - Acquisition and start up of new corporate entities
  - Establishment of corporate credit policies, procedures and objectives
  - Personnel management including hiring and dismissal of personnel, labor relations matters and executive and management incentive based compensation program development and implementation
  - Establishment and maintenance of corporate insurance portfolio
  - Employee benefit plan development and administration including investment of funds through bank trustee
  - Development and maintenance of the employee benefit handbook
  - Asset acquisition, disposition and related financing

**EMPLOYMENT HISTORY: (Continued)**

**LOUISIANA NEWS COMPANY - New Orleans, Louisiana -** 1973 to 1975.

***VICE PRESIDENT, GENERAL MANAGER; VICE PRESIDENT, FINANCE; CONTROLLER***

Responsible for all financial and operating aspects of the company in the following areas:

- Wholesale distribution of major national and international publishers of paperback books and periodicals through drugstore, grocery, department stores, newstands, etc.
- Wholesale distribution for major publishers of phonograph records and tapes to record stores, department stores and U.S. Government P.X. operations, etc.
- Retail sales of phonograph records and tapes
- Responsibilities also included all of those noted above for McDonald Sales Corporation except:
  - Manufacturing operations
  - Real estate development projects
  - Employee benefit plans

**ARTHUR ANDERSEN & COMPANY - New Orleans, Louisiana** - 1970 to 1973.

***SENIOR ACCOUNTANT***

Responsible for audits of various privately held and publicly traded companies, preparation of audit reports, management advisory letters and corporate income tax returns.

**BOARDS, COMMITTEES, PROFESSIONAL MEMBERSHIPS AND AWARDS:**

- NOCCA Institute (New Orleans Center for Creative Arts)
  President
  Executive Committee and former Treasurer
- Northwestern State University
  Dean's Executive Advisory Board
- New Orleans Pro Bono Project Broad Member
- Volunteers of America of Greater New Orleans
  Board Member, Treasurer and Chairman
  Audit and Finance Committee, 1988-1991
- International Hospital for Children
  Board Member, Treasurer and President, 1988 – 1995
- Metairie Park Country Day School
  Board Member and Secretary - Dads' Club, 1988 – 1990
  Chairman of Associates Annual Fund Raising Campaign, 1987 – 1988

**BOARDS, COMMITTEES, PROFESSIONAL MEMBERSHIPS AND AWARDS: (Continued)**

- The Village at Henderson Point
  Board Member, Treasurer and President, 1990 - 1994
- New Orleans Speech and Hearing
  Board Member and Treasurer, 1988 - 1994
- United Way of Greater New Orleans
  Co-Chairman - Needs Assessment Committee, 1983 - 1984
- American Institute of Certified Public Accountants – Member
- Society of Louisiana Certified Public Accountants – Member
- National Forensic Center – Member
- National Association of Certified Fraud Examiners
  Member in Advanced Standing
- National Academy of Expert Witnesses, Inc., Member
- The American Board of Forensic Examiners, Member
- Louisiana Advisory Board of the American Automobile Association
  Board Member, 1995 - 1997
- Tulane University, A.B. Freeman School of Business
  Family Business Forum - Advisory Council – Member, 1995 - present
- University of New Orleans
  Advisory Board, Entrepreneurship Program, 1995 - present
- The Chamber/New Orleans and the River Region
  Executive Committee, Small Business Council, 1995 - 1996
- The Chamber/New Orleans and the River Region
  Governmental Affairs Committee, 1996
- The Chamber/New Orleans and the River Region
  Small Business Champion Award, 1994
- The Chamber/New Orleans and the River Region
  Board of Directors, 1999 – present
- The Chamber/New Orleans and the River Region Treasurer
- U.S. Small Business Administration
  State of Louisiana, Accountant Advocate Award, 1995
- National Directory Who's Who
  Selected as Honored Member, 1994 – 1995
- Young Leadership Council (YLC) of Greater New Orleans
- Selected Role Model, 1996
- Louisiana Small Business Development Center
  Advisory Council Member, 1996
- Crimestoppers, Board of Trustees, 2002
- American Institute of Certified Public Accountants Steering Committee National Restaurant Conference

## LECTURES AND SPEECHES:

Topics including accounting, finance, business planning, business valuation, incentive based compensation planning, managing a growing business, fraud and forensic accounting, tax planning, exiting your business, and business information technology to groups sponsored by:

- IBM
- RCA
- American Institute of Certified Public Accountants
- Louisiana State University
- The Equitable Life Insurance Company
- United States Bankruptcy Court Trustees
- The Roundtable Club
- The Institute of Internal Auditors
- Ochsner Medical Foundation
- New Orleans Metropolitan Association of Realtors, Inc.
- National Association of Insurance Commissioners (NAIC)
- The Chamber, New Orleans/River Region – Venture Network
- University of New Orleans
  - School of Business
  - Metropolitan College
  - School of Hotel and Restaurant Management
  - Small Business Development Center
- Tulane University
  - A.B. Freeman School of Business
  - Levy-Rosenblum Family Business Institute
  - Tulane Law School
- *The New Orleans Times-Picayune* Money Watch Live

## EXPERT WITNESS QUALIFICATIONS:

Qualified as an Expert Witness in the fields of certified public accounting, management and financial consulting, business valuations, determination of lost profits, evidence of ownership from an accounting standpoint and the financial analysis of privately-held businesses with testimony in cases before the:

Federal Districts:

- United States District Court - Middle District of Louisiana
- United States District Court - Eastern District of Louisiana
- United States District Court - Middle District of Georgia
- United States Bankruptcy Court - Eastern District of Louisiana
- United States Bankruptcy Court - Western District of Louisiana

## EXPERT WITNESS QUALIFICATIONS: (Continued)

State Districts:

- Civil District Court - Orleans Parish, Louisiana
- Civil District Court - Jefferson Parish, Louisiana
- Civil District Court - East Baton Rouge Parish, Louisiana

Others:

- American Arbitration Association
- Appointed by the 24th Judicial District Court of Jefferson Parish as the Court's Expert

## CONTRIBUTING AUTHOR AND PUBLISHER:

- "Financial Alert" newsletters
- A. B. Freeman School of Business newsletter "EntrepreNews"

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS:

- The Exxon Corporation - Determination of Business Lost Profits – Frilot, Partridge, Kohnke & Clements, Attorneys At Law - New Orleans, Louisiana
- Merrill Lynch and Company - Rebuttal of Damage Calculation and Forensic Accounting, Fast Food Restaurant Industry - Maynard, Cooper & Gale, P.C , Attorneys At Law - Birmingham, Alabama
- Georgia Coast Partners - Fraud and Forensic Accounting – Real Estate Investments - Bouhan, Williams & Levy, Attorneys At Law - Savannah, Georgia
- Zapata Gulf Marine, Inc. - Anti-trust/Forensic Accounting/ Business Lost Profit Determination, Marine Transportation Industry - Lemle & Kelleher, LLP, Attorneys At Law - New Orleans, Louisiana
- Mellon Financial Services - Lender Liability/Forensic Accounting, Business Lost Profits Financial Services/Real Estate Development Industry - Reed, Smith, Shaw & McClay, Attorneys At Law – Pittsburgh, Pennsylvania
- CXY Chemicals, U.S.A./Occidental Petroleum – Business Lost Profit/Business Interruption Claim, Chemical Manufacturing Industry – Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC, Attorneys At Law – New Orleans, Louisiana

**LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS: (Cont'd)**

- Commissioner of Insurance, State of Florida - Guarantee Security Life Insurance Company and Western Pacific Life Insurance Company - Securities Fraud, Marine Construction Industry – Federal Court, Dallas - Foley & Lardner, Attorneys At Law – Milwaukee, Wisconsin
- Volunteers of America - Forensic Accounting, Not for Profit Industry– New Orleans, Louisiana
- Ocean Drilling & Exploration Company (ODECO) - Forensic Accounting, Petrochemical Industry
- Freeport McMoran, Inc. – Joint Venture Expense Allocation, Mining Industry – Jones, Walker, Waechter, Poitevent, Carrere & Denegre, Attorneys At Law - New Orleans, Louisiana
- North River Insurance Company - CPA Professional Liability/Forensic Accounting, Public Accounting/Agriculture Industry – Preis & Crawford, Attorneys At Law - Baton Rouge, Louisiana
- Mossy Motors, Inc. – Determination of Business Lost Profit – Frilot, Partridge, Kohnke & Clements, Attorneys At Law – New Orleans, Louisiana
- Various Bankruptcy Trustee in Forensic Accounting and Fraud Matters before United States Bankruptcy Court - Eastern District of Louisiana
- Texaco (Star Enterprise) - Determination of Business Lost Profit – Roedel, Parsons, Hill & Koch, Attorneys At Law – Baton Rouge, Louisiana
- First Trust/Biloxi Belle Casino – Valuation in connection with Reorganization/Bankruptcy, Gaming Industry - Oppenheimer, Wolff & Donnelly, Attorneys At Law - Minneapolis, MN
- First National Bank of Jefferson (FNJ)- Lender Liability, Complex Financial Transactions Assessment, Business Lost Profit Determination and Forensic Accounting, Chemical & Health Care Industry - McGlinchey, Stafford & Lang, Attorneys at Law – New Orleans, Louisiana
- Levitz Furniture Corporation – Determination of Business Lost Profit Deutsch, Kerrigan & Stiles, Attorneys At Law – New Orleans, Louisiana
- Que Sera - Stockholders Derivative Action, Stock Ownership and Forensic Accounting, - Satterlee, Mestayer & Freeman, Attorneys At Law, New Orleans, Louisiana
- Mellon Financial Services - Business Lost Profit Determination; Lender Liability; Forensic Accounting -Shushan, Meyer, Jackson, McPherson & Herzog, Attorneys At Law – New Orleans, Louisiana
- Lemann, O'Hara & Miles, Attorneys At Law - Bank and Corporate Forensic Accounting, Financial Services Industry New Orleans, Louisiana

**LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS: (Cont'd)**



- Dorion Fleming - Forensic Accounting in connection with alleged mismanagement by major bank trust department - Lowe, Stein, Hoffman, Allweiss & Hauver, Attorneys At Law – New Orleans, Louisiana
- National Union Fire Insurance Company of Pittsburgh, PA/Louisiana Wholesale Grocers - Officers and Directors Liability/Forensic Accounting, Wholesale Grocery Distributors – McGlinchey, Stafford & Lang, Attorneys At Law – New Orleans, Louisiana
- U.S. Justice Department - Valuation of Covenant not to Compete, Health Care Industry – Washington, DC
- Omnitech International, Inc. (vs. Clorox Company) - Business Lost Profit Determination, Chemical Industry – Amato & Creely, Attorneys At Law - New Orleans, Louisiana
- E.I. du Pont de Nemours & Company - Business Lost Profits, Textiles Industry - Abbott, Best & Meeks, Attorneys At Law – New Orleans, Louisiana
- First Trust/Treasure Bay Casino – Valuation in connection with Reorganization/Bankruptcy, Gaming Industry, Oppenheimer, Wolff & Donnelly, Attorneys At Law - Minneapolis, MN
- Public Investors, Inc. - Breach of Fiduciary Responsibility/Forensic Accounting, Insurance Industry - Adams & Reese, Attorneys At Law – New Orleans, Louisiana
- Murphy Oil Company - Rebuttal of Plaintiffs' Damages and Corporate Veil Piercing Issues - Frilot, Partridge, Kohnke & Clements, Attorneys At Law – New Orleans, Louisiana
- Kirby Industries, Inc. - Corporate Veil-Piercing/Environmental issues, Marine Construction Industry – Lemle & Kelleher, Attorneys At Law – New Orleans, Louisiana
- Camp, Dresser, McKay – Lost Profit – Lemle & Kelleher, Attorneys At Law – New Orleans, Louisiana
- Brown Shoe Company, Galveston, Texas – Lost Profit - US District Court -Foley & Lardner, Attorneys at Law - Milwaukee, Wisconsin
- Norwest Bank Wisconsin, National Association - Securities Fraud - Oppenheimer, Wolff & Donnelly, Attorneys At Law, Minneapolis, MN
- Commissioner of Insurance, State of Louisiana - Forensic Accounting, Insurance Industry – Brook Morial, Pizza & Van Loon, LLP, Attorneys At Law – New Orleans, Louisiana
- Industrial Cleanup Inc. - Business valuation; excess compensation and stock ownership issues; corporate mismanagement and income and financial position determination, Environmental Industry - Tranchina & Martinez, Attorneys At Law – New Orleans, Louisiana

**LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS: (Cont'd)**

- Coil Tubing Rentals and Supply Company - Breach of Contract and Business Lost Profit Determination, Oil Field Equipment Leasing Industry - Albert J. Derbes, III and Associates, Attorneys At Law – New Orleans, Louisiana
- Whitney National Bank of New Orleans - Critique Reorganization Plan/Going Concern Issue, Marine Construction Industry - Steeg & O'Connor, Attorneys at Law – New Orleans, Louisiana
- Riverboat Gaming Industry - Determination of Business Lost Profits - Shushan, Jackson & McPherson, Attorneys At Law – New Orleans, Louisiana
- The Home Life Insurance Company and Brown Shoe Company - Business Lost Profits - Determination Retail Shoe Industry - Foley & Lardner, Attorneys At Law, Milwaukee, Wisconsin
- The Hartford Steam Boiler Inspection and Insurance Company - Rebuttal of Business Interruption Claim, Drum Manufacturing Industry - Blue Williams, L.L.P., Attorneys At Law – Metairie, Louisiana
- Mellon Financial Services – Securities Performance - Reed, Smith, Shaw & McClay, Attorneys At Law - Pittsburgh, Pennsylvania
- Gunther Wittich – Dispute over Business sale and financing – Sullivan, Daigle & Resor, Attorneys At Law – Metairie, Louisiana
- Whitney National Bank of New Orleans – Lloyds of London name liability – Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP, Attorneys At Law – New Orleans, Louisiana
- Michael Haerting, et al. – Financial Analysis of Corporate Transactions – J. Gregory Odom, Attorney at Law, New Orleans, Louisiana
- Mitsubishi Company – Lost Profits Determination – Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP, Attorneys At Law, New Orleans, Louisiana
- Rose Dove – Marital Dissolution – Barkley & Thompson, LC, Attorneys At Law – New Orleans, Louisiana
- InterBio, Inc. – Lost Profits – Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP, Attorneys At Law – New Orleans, Louisiana
- River City/New Orleans 2000 Joint Venture – Forensic Accounting, Gaming Industry – Breazeale, Sachse & Wilson, Attorneys At Law – New Orleans, LA
- Mark A. Tessier, et al. – Litigation Consulting – Philip Bulliard, Attorney At Law – New Orleans, LA
- Alltel Corporation – Breach of Contract Damages – Capell, Howard, Knabe & Cobbs, Montgomery, AL – Telecommunications Industry
- Midwest Life Insurance Company – Breach of Contract Damages – Stowell, Anton & Kraemer, Tallahassee, FL – Insurance Industry
- Ruth U. Fertel, Inc. – Shareholder Dispute – Crawford & Lewis, Baton Rouge, LA – Restaurant Industry (Two cases)

## LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS: (Cont'd)

- ❑ LLOG Exploration – Forensic Accounting and Solvency Issues – Phelps Dunbar, LLP, New Orleans, LA – Oil and Gas Industry
- ❑ Kerr-McGee Chemical Corporation – Analysis of Complex Business Transaction – Adams and Reese, LLP, New Orleans, Louisiana – Chemical Industry
- ❑ Oreck Corporation – Loss Profits - Liskow & Lewis, LLP, New Orleans, Louisiana – Appliance Manufacturing Industry
- ❑ MCI WorldCom, Inc. – Shareholder Dispute – Adams and Reese, LLP, Jackson, Mississippi – Telecommunications Industry
- ❑ Rheem Manufacturing Company – Corporate Veil Piercing Issues - Frilot, Partridge, Kohnke & Clements, Attorneys At Law – New Orleans, LA – Hot Water Heater Manufacturing Industry
- ❑ Wasserstein Perella and Company – Cravath, Swaine and Moore – New York, NY – Restaurant Industry
- ❑ Kenner Plaza Shopping Center, L.L.C. – Rebuttal of Plaintiffs' Damages – Dwyer & Cambre, A Professional Law Corporation – New Orleans, Louisiana – Restaurant Industry
- ❑ National Medical Care, Inc. (Bio-Medical Applications of Louisiana, Inc.) – Rebuttal of Financial Damages – Hemelt & Foshee – New Orleans, LA – Healthcare Industry
- ❑ Cooper Tire & Rubber Company – Allan Kanner & Associates, P.C. – New Orleans, LA – Assessments of the value of the benefits to the plaintiffs in this class action matter and the ability for the defendant to sustain judgment
- ❑ American MetroComm Corporation – Moore, Walters, Thompson – Baton Rouge, LA – Forensic Accounting
- ❑ Conseco Senior Health Insurance Company – Allan Kanner & Associaties, P.C. – New Orleans, LA – Assessment of the ability of defendant to meet financial obligations in this class action matter
- ❑ Media Vision, Inc. – Arthur Lemann – Attorney at Law – Forensic Accounting of Failed Public Technology Company
- ❑ Winn-Dixie, Inc. – Jones, Walker, Waechter, Poitevent, Carrere & Denegre, Attorneys At Law - New Orleans, Louisiana – Complex Financial Analysis of Separate vs. Unitary Income Tax Reporting
- ❑ Chevron Phillips Chemical Company, LP – Adams & Reese – Baton Rouge, LA – Lost Profits
- ❑ Brennan's of New Orleans, Inc. – Kenyon & Kenyon, Washington D.C. - Lost Profits
- ❑ Roedel, Parsons, Koch, Frost, Balhoff & McCollister – Forensic Accounting
- ❑ KPMG Peat Marwick, Forensic Accounting, Accounting Malpractice

**LITIGATION SERVICES – EXPERT WITNESS CASES & MATTERS: (Cont'd)**

- Offshore Specialty Fabricators, Inc – Fraud and Forensic Accounting – Hebert and Marceaux, Houma, LA – Oil Field Service Industry
- Cingular/BellSouth – Rebuttal of State and Local Tax Claim – Jones, Walker, Waechter, Poitevent, Carrère & Denegre, L.L.P., New Orleans, LA – Telecommunications Industry
- Salmen Company, LLC – Assessment of Economic Damages – Liskow & Lewis, PLC, Attorneys at Law, New Orleans, LA – Real Estate and Timber Industry
- Capitol House Preservation Company, LLC – Determination of Business Lost Profits – Charles Lambert, Jr., Esquire, Attorney at Law, Baton Rouge, LA – Riverboat Gaming Industry
- Salomon Smith Barney – Rebuttal of Lost Wages Claim – McGlinchey Stafford, PLLC, New Orleans, LA – Investment Brokerage Industry

**PERSONAL:**

Married and father of one son.

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Zapata Gulf Marine Corporation vs. Puerto Rico Maritime Shipping Authority Sea-Land Service, and Trailer Marine Transport Corporation | Financial analysis of corporate transactions and determination of corporate profitability in determining lost profits in connection with anti-trust case. | Lemle & Kelleher | Federal Court - New Orleans | ✓ | ✓ |
| Trans Global Alloy, Ltd., et al vs. First National Bank of Jefferson Parish, Allied Bank of Texas and John R. Spratt | Determination of business lost profits. | Lemle & Kelleher | 24th Judicial District Court | ✓ | ✓ |
| Jean O. Turner, Trustee for the Estate of the Louisiana Grocers Co-Operative, Inc. vs. National Union Fire Insurance Company of Pittsburgh, Pennsylvania, et al | Financial analysis of corporate transactions in order to determine the cause and effect of this corporate failure, including forensic accounting. | McGlinchey, Stafford, Cellini & Lang | Bankruptcy Court - Eastern District | | |
| MacSales, Inc., et al vs. E.I. duPont de Nemours & Company, Inc. | Financial analysis of corporate transactions and determination of lost profits. | Abbott & Meeks | Federal Court - New Orleans | ✓ | |
| Parker vs. Watts, et al | Financial analysis of corporate transactions in connection with securities fraud. | Lemann, O'Hara & Miles | N/A | ✓ | |
| Chalmette General Hospital vs. U.S. Department of Justice | Valuation of covenant not to compete - Consultant | U.S. Department of Justice | N/A | | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Dean C. Dupuy vs. James E. Riley and Que Sera, Inc. | Forensic accounting and financial and operational analysis of business in connection with appointment of receiver and stockholders derivative action. | Satterlee, Mestayer and Freeman | Civil District Court | ✓ | ✓ |
| Black Collegiate Services, Inc. vs. Alfonso M. Ajubita, et al | Forensic accounting and financial analysis of corporate transactions in connection with the proper categorization of investments. | McGlinchey, Stafford, Cellini & Lang | Civil District Court | ✓ | ✓ |
| G & N Enterprises, Inc., et al vs. Mellon Financial Services Corporation, et al | Assessment of business lost profits in connection with lender liability suit. | Reed, Smith, Shaw & McClay, Philadelphia; Mellon Financial Services . | Federal Court - New Orleans | ✓ | |
| Omnitech International, Inc. vs. The Clorox Company | Forensic accounting, lost profits, business valuation, damage calculation and financial analysis of corporate transactions. | Amato & Creely | Federal Court - New Orleans | ✓ | ✓ |
| John Gohres, et al vs. Century Bank of New Orleans | Business valuation in connection with lender liability suit. | McGlinchey, Stafford, Cellini & Lang | N/A | ✓ | |
| Nicolls Pointing Coulson, Ltd. vs. Transportation Underwriters of Louisiana, Inc. | Forensic accounting, accounts receivable collection and fraud detection | Terriberry, Carroll & Yancey; Nicolls Pointing Coulson, Ltd. | Bankruptcy Court – Eastern District | ✓ | ✓ |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Evans Cooperage Company, Inc. vs. The Hartford Steam Boiler Inspection and Insurance Company | Refute business lost profits claim involving drum manufacturing industry | Blue, Williams, LLP; Hartford Steam Boiler Insurance Co. | N/A | | |
| Maloney Sept., L.L.C. vs. Navistar International Transportation Corporation | Calculation of lost profits involving video poker enterprise | Stassi, Griffith & Conroy, LLC | N/A | | |
| Barbara Thibodeaux, Wife of/And Peter G. Vicari and Pete Vicari General Contractor, Inc. vs. Exxon Corp. d/b/a Exxon Company, U.S.A. | Business lost profits determination | Exxon Company, USA | N/A | | |
| Darryl Tschirn vs. Secor Bank, et al. | Damage calculation regarding forfeiture of assets, lender liability | Frilot, Partridge, Kohnke & Clements, LC | Civil District Court | ✓ | ✓ |
| Johnson vs. Johnson | Financial analysis of corporate transactions, business valuation and determination of corporate profitability; Evidence of ownership | Tranchina & Martinez | Civil District Court | ✓ | ✓ |
| Louisiana Riverboat Casinos, Inc. vs. Casino Magic Corporation | Calculation of business lost profits involving riverboat gaming industry | Shushan, Jackson & McPherson | N/A | | |
| Norwest Bank vs. The Thompson Group | Securities fraud case | Oppenheimer, Wolfe & Donnelly, Minneapolis; Norwest Bank | N/A | | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Clyde L. Olson and John H. Wilbur vs. Frank Hagan, Jr., The Wal-Mart Stores, Inc. and Georgia Coast Associates, Ltd. | Financial analysis of economics of ownership and damages regarding limited partnership in retail shopping center | J. Gregory Odom, PLC | Federal Court – Georgia | | |
| James D. Reddoch vs. Employers Reinsurance Corp. | Calculation of business lost profits involving insurance agency | J. Gregory Odom, PLC | Federal Court – Georgia | ✓ | ✓ |
| GSLIC, et al vs. H. Douglas Thompson, et al | Securities fraud, marine construction industry | Foley & Lardner, Milwaukee; GSLIC | Federal Court – Texas | ✓ | |
| Mossy Motors, Inc. et al vs. The Sewerage & Water Board Of The City Of New Orleans, et al | Business interruption/lost profits calculation | Frilot, Partridge, Kohnke & Clements, LC; Mossy Motors, Inc. | Civil District Court | ✓ | ✓ |
| Valentino Rovere vs. Jan Marie Lohman | Business valuation of community property, restaurant industry | Tranchina & Martinez | Civil District Court | ✓ | ✓ |
| Star Enterprise vs. Entergy Louisiana, Inc. | Business interruption/lost profits calculation | Frilot, Partridge, Kohnke & Clements, LC/Roedel, Parsons, Koch, Frost, Balhoff & McCollister; Star Enterprise | Civil District Court | ✓ | |
| Midwest Life Insurance Company vs. Sun Bank | Forensic accounting, analysis of corporate financial transactions and calculation of damages | Stowell, Anton & Kraemer, Tallahassee, FL | Federal Court – Florida | ✓ | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Judith Soniat, wife of Charles J. Haneman, Jr. vs. Charles J. Haneman, Jr. | Business valuation of community property, professional services firm | Lowe, Stein, Hoffman, Allweiss & Hauver | State Court – Houma | ✓ | |
| Louisiana Department of Insurance vs. Associated Auditors | Forensic accounting and fraud detection | Brook, Morial, Pizza & Van Loon, LLP | State Court - Baton Rouge | ✓ | ✓ |
| Westowne, et al vs. Brown Group, Inc., et al | Rebuttal of business lost profits, retail shoe industry | Foley & Lardner, Milwaukee; Home Life Insurance Company/Brown Shoe Group | Federal Court – Wisconsin | | |
| Robert L. Marrero, as Trustee for Public Investors, Inc., a Louisiana Corporation vs. B. F. Shamburger, Gary E. Jackson, Mark B. Herman, Jerry F. Palmer, Leonard H. Aucoin, Denis J. Lafont, W. Joel Herron and Larry Griggers | Forensic accounting and financial analysis of corporate transactions | Adams & Reese | Bankruptcy Court – Eastern District | ✓ | ✓ |
| Trinity Industries, Inc. vs. Dixie Carriers, Inc. | Corporate veil piercing/environmental issues | Lemle & Kelleher | Federal Court - New Orleans | | |
| Alvin C. Copeland, etc., et al vs. Merrill Lynch & Co., Inc., et al | Rebuttal of damages claim involving restaurant industry | Maynard, Cooper & Gale, Birmingham; Merrill Lynch | Federal Court - New Orleans | ✓ | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Electricians Pension Plan, IBEW Local 995 vs. The Boston Company | Rebuttal of damages claim involving derivatives investment | Reed, Smith, Shaw & McClay, Pittsburgh; The Boston Company/Mellon Financial Services | Federal Court - New Orleans | | |
| Compartinvest, S.R.L. vs Silocaf of New Orleans, Inc., et al | Shareholder derivative action | Adams & Reese | Civil District Court | | |
| Sazerac Company, Inc. vs. Skyy Spirits, Inc. | Lost profits calculations regarding patent infringement | Steeg & O'Connor; Sazerac Company, Inc. | Federal Court - New Orleans | | |
| Murphy Oil Company Matter | Rebuttal of class action lost wages/lost business profits claims | Frilot, Partridge, Kohnke & Clements | N/A | | |
| Coil Tubing Rentals and Supply Company vs. Camco International, Inc. | Calculation of business lost profits | Al J. Derbes III and Associates | Federal Court- New Orleans | | |
| Scottsdale Insurance Company- Crescent Gun and Sales Matter | Lost profits in connection with fire/flood | Lindsey Morden Claim Services, Inc. | N/A | | |
| Whitney National Bank/Crutcher Tufts Matter | Forensic accounting | Jones Walker; Whitney Bank | N/A | | |
| Turnbull Cone Baking Co. Smoke Loss Claim | Lost profits resulting from smoke damage to manufacturing plant | Satterlee, Mestayer & Freeman | N/A | | |
| Dorion Fleming vs. FNBC | Trust accounting | Lowe, Stein, Hoffman, Allweiss & Hauver | Civil District Court | | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| North River Insurance Matter | Accounting malpractice | Preis & Crawford; North River Insurance | Bankruptcy Court – Western District | ✓ | ✓ |
| New Orleans 2000/ River City Joint Venture | Fraud detection | Steeg & O'Connor/ Breazeale, Sachse and Wilson | Bankruptcy Court- Eastern District | | |
| Interbio, Inc. vs. Solmar Corp. and Robert B. Grubbs | Financial analysis of corporate transactions and determination of lost profits | Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP | State Court Baton Rouge | | |
| Levitz Furniture Corporation vs. Houston Casualty Company | Lost profits calculation for a business interruption claim resulting from a flood | Frilot, Partridge, Kohnke & Clements, LC; Levitz Furniture Corporation | Federal Court New Orleans | ✓ | ✓ |
| Gulf South Systems, Inc. vs. Chemwaste | Financial analysis and lost profits calculated in connection with a contract dispute | House, Golden, Kingsmill & Reiss LLP | State Court Alabama | | |
| Young vs. Young | Business valuation of community property of a professional services firm | Lowe, Stein, Hoffman, Allweiss & Hauver | Civil District Court | | |
| Robert Roth and Guy H. Roth vs. Michael Rodrigue, Acme Café and Tavern, Inc. et al | Financial analysis of corporate transactions and determination of lost profits | Middleburg, Riddle & Gianna | Civil District Court | | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Sotolongo vs. McDaniel | Financial analysis of economics of ownership in the medical industry | Frilot, Partridge, Kohnke & Clements, LC | Civil District Court | | |
| Industrial Commercial Equipment Rental, Inc. vs. Dean Blanchard Seafood, Inc. | Financial analysis of corporate transactions and determination of lost profits | Guste, Barnett & Shushan | Civil District Court | | |
| Bill Hammack, et al vs. Farmers Telephone Co. | Financial analysis of corporate transactions in connection with contract dispute | McGlinchey Stafford Lang | State Court New Orleans | | |
| Michael Haerting, John Christopher Ward and Aileen A. Brousseau vs. One TouCan Du, Inc., et al | Financial analysis of corporate transactions in connection with diminution in value of financial interest in restaurant | J. Gregory Odom | Civil District Court | ✓ | |
| First Trust, N.A., Trustee for Treasure Bay Gaming | Financial analysis of corporate transactions and valuation analysis in connection with Gulf Coast gaming interest | Oppenheimer, Wolff & Donnelly; First Trust, N.A. | Bankruptcy Court – Eastern District | ✓ | ✓ |
| Frank Grimes and Jerry Gunn vs. E-Z Serve, Inc. | Financial analysis of lost profits | J. Gregory Odom | United States District Court – Western District of Louisiana, Alexandria Division | ✓ | ✓ |

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| CXY Chemicals U.S.A. vs. Gerling Global General Insurance Company, et al | Calculation of business interruption damages – lost profits and physical damages. | Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC; CXY Chemicals U.S.A. | Federal Court – Eastern District | ✓ | |
| Ivan Mandich vs. Pipeliners, Inc. et al | Business Valuation, Financial Analysis, Evidence of Ownership, Compensation – Engineering Consulting Services Industry | Frilot, Partridge, Kohnke, & Clements, L.C. | Civil District Court – Orleans Parish | ✓ | ✓ |
| Dufour Petroleum, Inc. vs. Ciaiborne Energy, Inc. | Rebuttal of Contractual Damages, Liquid Petroleum Gas Fractionating | Heimsing, Sims & Leach, Mobile, AL | American Arbitration Association | ✓ | ✓ |
| Raymond Rodrigue and Richard Ramage vs. Gabriel Medical, et al | Calculation of Damages in Connection With Diminution of Investment Value – Medical Equipment Industry | Liskow & Lewis, LLC | Civil District Court – Lafayette-Opelousas Division | ✓ | |
| Whitney National Bank vs. Nahan Galleries, Inc. | Forensic Accounting of Inventory – Banking Industry | Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC; Whitney National Bank | N/A | | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Wuttke, Inc. vs. Brown Group, Inc, et al (Florida) | Rebuttal of Business Lost Profits – Retail Shoe Industry | Foley and Lardner, L.L.C.; Brown Group, Inc. | Civil District Court – Middle District of Florida | | |
| Denzil Davis and Jazil, Inc. d/b/a Connie Shoes, Inc. vs. Brown Group, Inc. and Brown Shoe Company (Texas) | Rebuttal of Business Lost Profits – Retail Shoe Industry | Foley and Lardner, L.L.C.; Brown Shoe Company | United States District Court – Galveston Division | ✓ | |
| Freeport Sulphur Company vs. Exxon Corporation | Financial Analyses of Joint Venture Expense Allocation – Mining Industry | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | N/A | | |
| Alltel Corporation | Consulting – Telecommunications Industry | Capell, Howard, Knabe & Cobbs | N/A | | |
| WRT Energy Corporation, WRT Creditors Liquidation Trust vs. LLOG Exploration Company, et al | Commercial Litigation - Oil & Gas Industry | Phelps Dunbar LLP | United States Bankruptcy Court – Western District of Louisiana | ✓ | ✓ |
| K-Paul's Louisiana Kitchen, Inc. | Forensic Fraud Auditing – Restaurant Industry | Evans & Clesi PLC | N/A | | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| FDIC vs. Barton, et al. | Bankruptcy – Banking | Liskow & Lewis, LLC | United States District Court – Eastern District of Louisiana | | |
| Glenn R. Clements vs. Blanchard and Company, et al | Business Consulting – Specialty Coins | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | United States District Court – Eastern District of Louisiana | | |
| House of Blues | Rebuttal of Business Interruption /Lost Profits – Restaurant Industry | The Hartford Insurance Company | N/A | | |
| Egle vs. Egle | Divorce | Barkley & Thompson | 15th Judicial District Court – Lafayette Parish, Louisiana | | |
| Humberto Vidal, Inc. | Business Interruption - Retail Shoe Industry | Pablo Morales & Co. – PSC Puerto Rico | United States District Court for the District of Puerto Rico | | |
| Machinery Distribution, Inc. vs. Courtney Equipment, Inc. | Loss Profits – Construction Equipment Industry | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | N/A | | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| TMSEL vs. GIA, Inc. | Financial Analysis – Insurance Industry | McGlinchey, Stafford, Lang | Civil District Court – United States District Court | | |
| Reginald Cooper vs. The Rehabilitation Institute of New Orleans and Dr. H.M. Stokes | Business Valuation – Construction Industry | Adams & Reese | Civil District Court – Parish of Orleans, State of Louisiana | | |
| Sirpi vs. Dickson GMP International, Inc. | Lost Profits - Oil & Gas Industry | Sessions Fishman | Civil District Court | | |
| Narcisse vs. TMSEL | Wages Claim – Information Systems Industry | Vial, Hamilton, Koch & Knox | United State District Court – Eastern Division | | |
| Frank Knight vs. Wayne J. Danos, et al. | Lost Wages – Construction Industry | Rodney, Bourdenave, Boykin, Bennette & Boyle | Civil District Court – Parish of Orleans, State of Louisiana | | |
| Mark A. Tessier, et al. Vs. Donald S. Moffatt, et al. | Litigation Consulting – Real Estate Industry | Philip Bulliard | United States District Court – Eastern District of Louisiana | ✓ | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Daniel L. Earles vs. Ruth U. Fertel, Inc., Ruth U. Fertel, Philip S. Brooks and William L. Hyde, Jr. | Shareholder Dispute – Restaurant Industry | Crawford & Lewis Baton Rouge | United States District Court – Eastern District of Louisiana | | ✓ |
| Kerr-McGee Chemical Corporation | Analysis of Complex Finance Transactions – Chemical Industry | Adams and Reese, LLP | Chancery Court - Forrest County, MS | | |
| Oreck Corporation vs. EMC Motor Company | Business Loss Profits – Appliance Manufacturing Industry | Liskow & Lewis, LLC | United States District Court – Eastern District of Louisiana | | |
| Geoffrey R. Jordan vs. MCI WorldCom, Inc. | Shareholder Dispute – Telecommunications Industry | Adams and Reese, LLP Jackson, MS | Circuit Court of the First Judicial District – Hinds County, MS | | |
| A.O. Smith Corporation, et al vs. American Alternative Insurance Corporation, et al | Corporate Veil – Gas Meter Manufacturing Industry | Frilot, Partridge, Kohnke & Clements, L.C. | Civil District Court – Parish of Orleans, District of Louisiana | ✓ | ✓ |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Premier Restaurants, Inc. vs. Kenner Plaza Shopping Center, L.L.C. | Rebuttal of Lost Profits Claim Involving Restaurant Industry | Dwyer & Cambre | 24th Judicial District Court, Parish of Jefferson | ✓ | ✓ |
| Ralph J. Girardina vs. Ruth U. Fertel, Inc., et al | Shareholder Dispute – Restaurant Industry | Crawford & Lewis Baton Rouge | Federal Court | ✓ | |
| Brennan's | Calculation of Lost Profits – Restaurant Industry | Baldwin & Haspel, LLC | Federal Court – Eastern District | ✓ | ✓ |
| Clarion Hotels International vs. Decatur Hotel Corporation | Rebuttal of Lost Profits Claim – Hospitality Industry | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | | ✓ | |
| Montgomery Watson Matter | Rebuttal of Lost Profits Claim – Engineering Consulting Industry | Adams and Reese, LLP | U. S. District Court – Eastern District of Louisiana | ✓ | |
| Star Enterprise vs. Entergy Louisiana, Inc. | Calculation of Lost Profits Claim – Oil & Gas Refining Industry | Roedel, Parsons | Civil District Court | ✓ | |
| Diversified Foods, Inc., and The Claire Company, Inc. vs. Mark P. Landry, Gaspar J. Corpora, Antonina Oschmann, David Schwarz, Jr., and Donna Buring, Michael Menard, and P. A. Menard, Inc. | Calculation of Lost Profits – Food Distribution Industry | Hailey, McNamara | 24th Judicial District Court, Parish of Jefferson | ✓ | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Steve Allen Matter | Forensic Accounting and Fraud Detection, Securities Case – Information Technology Industry | Lemann & Associates | U. S. District Court – Northern District of California | ✓ | ✓ |
| Anthony Talalai, et al. vs. Cooper Tire & Rubber Company | Assessments of the Value of the Benefits to the Plaintiffs in this Class Action Matter and the Ability for the Defendant to Sustain Judgment – Manufacturing Industry | Allan Kanner & Associates, P.C. | Superior Court of New Jersey, Middlesex County | ✓ | |
| Irene Milkman, et al. vs. Conseco Senior Health Insurance Company, et al | Assessment of the Ability of Defendant to Meet Financial Obligations in this Class Action Matter – Insurance Industry | Allan Kanner & Associates, P.C. | Court of Common Pleas; Philadelphia County | ✓ | |
| 360Networks (USA), Inc., et al., Debtors | Assessment and Categorization of Payments Made in Connection with Bankruptcy Proceedings | Adams & Reese | Bankruptcy Court – Southern District of New York | | |
| Louisiana Health Service & Indemnity Co. d/b/a Blue Cross Blue Shield of Louisiana vs. Hospital Corporations of America, et al. | Assessment of Accuracy Of Database Information and the Determination of Amounts Due on Patient Accounts | Locke, Liddell & Sapp LLP | Federal Court - Baton Rouge | | |

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Cox Communications vs. Tommy Bowman, d/b/a Roofing, Inc. and Colony Insurance Co. | Assessment of Economic Damages Associated with Evacuation of Office Building | Ungarino & Eckert, LLC | | | |
| United States of America vs. Mark K. Johnson | Assessment of Inventories of Health Testing Records and Other Supporting Documents in Connection with Interstate Commerce of Wild Life | John J. Jackson, III, Esquire | Federal Court, Middle District – Baton Rouge | | |
| Salmen Company, L.L.C. | Assessment of Economic Damages Associated with Breach Fiduciary Duty in Connection with Real Estate and Timber Industry | Liskow & Lewis, PLC | | | |
| Blunt Wrap U.S.A., Inc. vs. Royal Blunts, Inc. | Calculations of Lost Profits | Rodney, Bordenave, Boykin & Ehret | | | |
| Kanefsky vs. Trex | | Lowenstein Sandler PC | | | |
| George D. Lentz, Jr. vs. Robert Applegate, et al. | Calculation of Lost Profits | John B. Wells, Esquire | | | |
| Shelton Pollet, Jr., et al. vs. The Standard Fire Insurance Company, et al. | Study and Analyze Insurance Claim Files | Chaffe, McCall, Phillips, Toler & Sarpy, LLP | | | |

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Domingue vs. Salomon Smith Barney, et al. | Calculation of Lost Commissions Claim | McGlinchey Stafford, PLLC | | | |
| Alfred Christophe, et al. vs. Allstate Indemnity Insurance, et al. | Study and analyze Insurance Claim Files to provide our opinions as to the extent of diversity of claim data contained therein, along with the basis and reason for same | Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC | | | |
| Cox Communications Louisiana, LLC vs. I.C. Fiber, LLC, et al. | Assessment of Economic Damages I Connection with Interruption of Digital Services – Telecommunications Industry | Adams and Reese, LLP | | | |
| Cox Communications Louisiana, LLC vs. Midship | Assessment of Economic Damages in Connection with Interruption of Cable and Television Services | Adams and Reese, LLP | | | |
| Chevron Phillips Chemical Company LP vs. Sulzer Chemtech USA, Inc., et al | | Adams and Reese, LLP | | ✓ | |

**William R. Legier, CPA, CFE**
**Cases**

| CAPTIONED CASE | DESCRIPTION | CLIENT | COURT | AFFIDAVIT/ DEPOSITION TESTIMONY | TRIAL TESTIMONY |
|---|---|---|---|---|---|
| Offshore Specialty Fabricators, Inc. vs. Alton Jay Henderson, et. al | Fraud and Forensic Accounting - Oil Field Service Industry | Hebert and Marceaux | 32nd Judicial District Court, Parish of Terrebonne | | |
| The City of New Orleans vs. BellSouth Mobility, LLC, et al | Rebuttal of State and Local Tax Claim – Telecommunications Industry | Jones, Walker, Waechter, Poitevent, Carrère & Denegre, L.L.P. | Civil District Court – Parish of Orleans | | |
| Capitol House Preservation Company, LLC vs. Perryman Consultants, Inc., et al | Determination of Business Lost Profits – Riverboat Gaming Industry | Charles Lambert, Jr., Esquire | 19th Judicial District Court, Parish of East Baton Rouge | ✓ | ✓ |
| Brookshire Brothers Holdings, Inc., et al. vs. Total Containment, Inc., et al. | Rebuttal of Lost Profits Calculations – Real Estate Gasoline Industry | Adams and Reese, LLP | U.S. District Court – Western District of LA Lake Charles Division | ✓ | |

# CURRICULUM VITAE

# OF

# JACQUELINE C. TUTHILL, CPA, CrFA



Jacqueline C. Tuthill, CPA, CrFA


# Jacqueline C. Tuthill, *CPA, CrFA*

*Legier & Materne, apac*
*Energy Centre, 34th Floor*
*1100 Poydras Street*
*New Orleans, LA 70163*
*(504) 561-0020*


**CURRICULUM VITAE**

## PROFESSIONAL EXPERIENCE

1990 - Present

**Legier & Materne, Consultants and CPAs** — **New Orleans, LA**
**Director - Management Consulting Services Division**

Director in charge of the management consulting services division, which includes the areas of litigation support services and business valuation. Engaged in providing services including analyzing complex financial transactions; calculating and refuting financial damages and lost profits; detecting fraud and mismanagement; valuing businesses; identifying and locating non-apparent assets; preparing strategic business plans; evaluating investments as to risk-reward factors; evaluating internal controls; providing services in connection with forensic and investigatory accounting, as well as general accounting services.

1986 - 1990

**Arthur Andersen & Company** — **New Orleans, LA**
**Senior Accountant**

Engaged in the auditing of private and publicly traded companies including those in the real estate, hospitality, oil and gas, banking and financial services industries.

## EDUCATION

1986

University of South Alabama
Bachelor of Science in Accounting, Magna Cum Laude

University of London
Summer course in International Business

Beta Alpha Psi Honorary Accounting Fraternity, President/Secretary - Accounting Club, President's and Dean's List.

**PROFESSIONAL CERTIFICATIONS AND MEMBERSHIPS**

- Certified Public Accountant, 1988
- Certified Forensic Accountant, 2002
- Diplomat of the American Board of Forensic Accounting, 1998
- Member, American Institute of Certified Public Accountants
- Member, Society of Louisiana Certified Public Accountants
- Member, American College of Forensic Examiners
- Associate Member, National Association of Certified Fraud Examiners
- Associate Member, Turnaround Management Association
- Treasurer, Turnaround Management Association – Louisiana Chapter
- Treasurer, Juvenile Diabetes Research Foundation – Louisiana Chapter
- Former Treasurer, Jefferson Society for the Prevention of Cruelty to Animals

**QUALIFIED AS AN EXPERT WITNESS** in the field of certified public accounting, with testimony in cases before the 24th Judicial District Court of Jefferson Parish, Louisiana, Civil District Court for the Parish of Orleans, State of Louisiana, United States Bankruptcy Court for the Eastern District of Louisiana, 32nd Judicial District Court for the Parish of Terrebonne and 25th Judicial District Court for the Parish of Plaquemines

**LITIGATION SERVICES** provided for numerous prestigious companies and firms such as:

- The Exxon Corporation - Business Lost Profits and Determination
- Mellon Financial Services - Lender Liability/Forensic Accounting, Financial Services/Real Estate Development Industry

- National Union Fire Insurance Company of Pittsburgh, PA - Officers and Directors Liability/Forensic Accounting, Wholesale Grocery Distributors

- Omnitech International, Inc. (vs. Clorox Company) - Business Lost Profit Determination, Chemical Industry

- Abbott, Best & Meeks, Attorneys at Law - E.I. du Pont de Nemours & Company/Business Loss Valuation, Textiles Industry

- Adams & Reese, Attorneys at Law - Public Investors, Inc. - Breach of Fiduciary Responsibility/Forensic Accounting, Insurance Industry

- Kirby Industries, Inc. - Corporate Veil-Piercing/Environmental issues, Marine Construction Industry

- Terriberry, Carroll & Yancey, LLP -- Forensic Accounting Investigation, Insurance Industry

- J. Gregory Odom, Attorney at Law - Wal-Mart Stores, Inc. - Breach of Contract, Real Estate Industry

- Tranchina & Martinez - Business valuation; excess compensation and stock ownership issues; corporate mismanagement and income and financial position determination, Environmental Industry

- Albert J. Derbes, III and Associates, Attorneys at Law - Coil Tubing Rentals and Supply Company - Breach of Contract and Lost Business Profit Determination, Oil Field Equipment Leasing Industry

- Shushan, Jackson & McPherson, Attorneys at Law - Determination of Lost Business Profits - Riverboat Gaming Industry

- Foley & Lardner, Attorneys at Law (Milwaukee, Wisconsin) - Guarantee Security Life Insurance Company and Western Pacific Life Insurance Company - Securities Fraud, Marine Construction Industry

- Foley & Lardner, Attorneys at Law (Milwaukee, Wisconsin) - The Home Life Insurance Company and Brown Group, Inc. - Rebuttal of Lost Profits, Retail Shoe Industry

- Oppenheimer, Wolff & Donnelly, Attorneys at Law (Minneapolis, Minnesota)- Norwest Bank Wisconsin, National Association - Securities Fraud

- Blue Williams, L.L.P. - The Hartford Steam Boiler Inspection and Insurance Company - Rebuttal of Business Interruption Claim, Drum Manufacturing Industry

- Tranchina & Martinez - Business Valuation of CPA firm; Calculation of Income for Alimony and Child Support Purposes and Calculation of Living Expenses, Professional Services Industry – Trial Testimony Provided

- Anne Neeb, Attorney at Law – Calculation of Lost Profits, Healthcare Industry Deposition Testimony Provided

- Maynard, Cooper & Gale, P.C. (Birmingham, Alabama) - Merrill Lynch and Company - Rebuttal of Damage Calculation, Restaurant Industry

- Stowell, Anton & Kraemer (Tallahassee, Florida) - Midwest Life Insurance Company - Damage Calculation and Analysis of Trust Issues, Insurance Industry

- Reed, Smith, Shaw & McClay (Pittsburgh, Pennsylvania) - The Boston Company - Rebuttal of Damage Calculation, Investment of Derivatives by Pension Fund

- Tranchina & Martinez – Business Valuation in connection with Marital Dissolution, Oil Change Franchise Business

- Oppenheimer, Wolff & Donnelly (Minneapolis, Minnesota) – Business Valuation in connection with Reorganization/Bankruptcy, Gaming Industry

- Roedel, Parsons, Hill & Koch - Texaco (Star Enterprise) – Determination of Business Lost Profits

- Lemle & Kelleher – Determination of Business Lost Profits, Engineering Consulting Industry

- Magee & Devereaux – Determination of Business Lost Profits, Real Estate Rental Industry – Deposition Testimony Provided

- Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP – Rebuttal of Business Lost Profits, Equipment Distribution Industry

- Lemle & Kelleher – Piercing the Corporate Veil, Marine Transportation Industry

- Burke & Mayer – Rebuttal of Damage Calculation on behalf of the Louisiana Department of Wildlife and Fisheries – State of Louisiana, Oyster Fishing Industry -Trial Testimony Provided

- King, LeBlanc & Bland – Corporate Veil Piercing Issues, Marine Equipment Industry

- Hemelt & Foshee – Rebuttal of Lost Profits Claim in connection with Breach of Contract, Healthcare Industry

- Gelpi Sullivan Carroll – Rebuttal of Damage Calculation; Marine Transportation Industry

- Stone, Pigman Walther Wittman LLC – Rebuttal of Certification of Class Action Status on behalf of Metropolitan Property & Casualty Insurance Co.; Casualty Insurance Industry

- Kummer, Kaempfer, Bonner & Renshaw (Las Vegas, Nevada)– Rebuttal of Damages in connection with Shareholder Dispute; Screen Printing Industry

- Lemle & Kelleher – Rebuttal of Lost Profits in connection with Breach of Contract, Ship Mooring Industry

- Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC – Rebuttal of Certification of Class Action Status on behalf of Allstate Insurance Company, Property and Casualty Insurance Industry – Deposition and Trial Testimony Provided

- Leake & Andersson, LLP – Rebuttal of Damages Claim Regarding an Increase in Insurance Premiums on behalf of GEICO Insurance Company

- Chaffe, McCall, Phillips, Toler & Sarpy LLP – Rebuttal of Certification of Class Action Status on behalf of Standard Fire Insurance Company, Property and Casualty Insurance Industry – Deposition Testimony Provided

- Frilot, Partridge, Kohnke & Clements, L.C. – Rebuttal of Lost Earnings Claim on behalf of Tenet Healthsystems Hospitals, Inc. d/b/a/ Meadowcrest Hospital, Healthcare Industry – Deposition Testimony Provided

- Jones, Walker, Waechter, Poitevent, Carrere & Denegre, Attorneys At Law – Rebuttal of Claim for Additional Income Taxes in Connection with Separate vs. Unitary Reporting and Involving Transfer Pricing Issues on behalf of Winn Dixie, Inc., Retail Grocery Industry

- Adams and Reese, LLP – Rebuttal of Claim for Physical Damages and Lost Profits on behalf of Sulzer Chemtech, USA, Styrene Manufacturing Industry

- Berrigan, Litchfield, Schonekas, Mann and Traina, LLC - Rebuttal of Claim Lost Profits on behalf of Sunshine Foods, Inc. in Connection with Exclusive Distribution Contract Termination, Pet Food Industry

- Larzelere, Picou, Wells, Simpson, Lonero, LLC – Rebuttal of Lost Profits Claim on behalf of Schering-Plough Animal Health Corporation, Dairy Farming Industry

- Phelps Dunbar, LLP – Calculations Regarding Distribution Amounts in Connection with Bankruptcy Plan, Oil and Gas Production Industry

- McGlinchey Stafford PLLC – Calculation of Lost Profits on behalf of Peacock Plaza Inn, Inc. and Shih-Shen Lu, Hospitality (Motel) Industry - Trial Testimony Provided

- Lemle & Kelleher, LLP – Rebuttal of Calculation of Damages on behalf of Royal Alliance (a subsidiary of AIG), Investment/Brokerage Industry - Arbtiration Testimony Provided

- Chaffe, McCall, Phillips, Toler & Sarpy LLP – Rebuttal of Lost Profits on behalf of Insured Marine Vessel, Tank Terminal Industry