In connection with testimony at the deposition of Bill Legier on Friday, August 3, 2007 and our ongoing study and analysis in this matter, the updates to our report dated May 31, 2007 are summarized as follows:

|  | 5/31/07 Report | Updated Amount |
|---|---|---|
| **BASES AND REASONS FOR OPINIONS** | | |
| **Page 5 - Resumption of Operations:** | | |
| Costs and Expenses | 205,561,483 | 205,561,483 |
| Revenue, Including Inside Margin | 205,840,489 | 205,840,489 |
| Net Income (Loss) | 279,006 | 279,006 |
| "But For" Profits | 8,247,449 | 7,350,126 |
| Business Interruption Loss Assuming Resumption of Operations | 7,968,443 | 7,071,120 |
| **Page 6 - No Resumption of Operations:** | | |
| Costs and Expenses | 12,953,899 | 12,308,522 |
| Revenue, Including Inside Margin | 0 | 0 |
| Net Income (Loss) | (12,953,899) | (12,308,522) |
| "But For" Profits Less: | 8,247,449 | 7,350,126 |
| August 1st - 28th Profit | (111,409) | (111,409) |
| Business Interruption Loss Assuming No Resumption of Operations | 21,089,939 | 19,547,239 |
| Savings as a result of Resumption of Operations | 13,121,496 | 12,476,119 |
| **Page 7 - Policy Language - Resumption of Operations:** | | |
| Costs and Expenses | 12,953,899 | 12,308,522 |
| "But For" Profits Reduced by Actual Net Income | 7,968,443 | 7,071,120 |
| Business Interruption Loss Assuming Policy Language | 20,922,342 | 19,379,642 |



EXHIBIT X

## OPINIONS

**Page 11 - A) :**

| | | |
|---|---:|---:|
| Business Interruption | 20,922,342 | 19,379,642 |
| Extra Expense | 2,887,688 | 2,887,688 |
| Property Damages | | |
| Building | 1,879,446 | 1,879,446 |
| Inventory | 823,775 | 823,775 |
| Total | 26,513,251 | 24,970,551 |

**Page 11 - B) :**

| | | |
|---|---:|---:|
| Business Interruption | 7,968,443 | 7,071,120 |
| Extra Expense | 2,887,688 | 2,887,688 |
| Property Damages | | |
| Building | 1,879,446 | 1,879,446 |
| Inventory | 823,775 | 823,775 |
| Total | 13,559,352 | 12,662,029 |

**Page 12 - C) :**

| | | |
|---|---:|---:|
| Business Interruption | 21,089,939 | 19,547,239 |
| Extra Expense | 2,887,688 | 2,887,688 |
| Property Damages | | |
| Building | 1,879,446 | 1,879,446 |
| Inventory | 823,775 | 823,775 |
| Total | 26,680,848 | 25,138,148 |

**Page 12 - D) :**

| | | |
|---|---:|---:|
| Business Interruption | 13,121,496 | 12,476,119 |
| Extra Expense | 2,887,688 | 2,887,688 |
| Property Damages | | |
| Building | 1,879,446 | 1,879,446 |
| Inventory | 823,775 | 823,775 |
| Total | 18,712,405 | 18,067,028 |

Legier & Materne, apac
August 7, 2007