UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONSOLIDATED COMPANIES, INC.

CIVIL ACTION

VERSUS

NO: 06-4700

LEXINGTON INSURANCE COMPANY

SECTION: "S" (1)

## ORDER

Lexington Insurance Company appeals the magistrate judge's denial without prejudice of Lexington's motion to reopen discovery. Based on the October 30, 2007, order of this court stating that all deadlines remain in effect, the magistrate judge held that she was without authority to grant the motion to reopen discovery. The decision of the magistrate judge is **REVERSED**.

**IT IS HEREBY ORDERED** that limited discovery is **REOPENED** as follows: discovery regarding the supplemental expert report on the business interruption claim, and production of documents previously identified in the deposition notices of Messrs. Hischi and Sternfels. Discovery is not reopened as to the other written discovery sought by Lexington, but previously denied by the magistrate judge.

New Orleans, Louisiana, this __5th__ day of March, 2008.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE


EXHIBIT A

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONSOLIDATED COMPANIES, INC.** | * | **CIVIL ACTION NO.: 06-4700** |
| | * | |
| | * | **SECTION:** |
| versus | * | **Judge Mary Ann Vial Lemmon** |
| | * | |
| | * | **MAG. JUDGE:** |
| **LEXINGTON INSURANCE COMPANY** | * | **Magistrate Judge Sally Shushan** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEPOSITION

TO:  Consolidated Companies, Inc.
     Through its Attorney of Record:
     Alan H. Goodman, Esq.
     Lemle & Kelleher, L.L.P.
     601 Poydras Street, Suite 2100
     New Orleans, Louisiana 70130

PLEASE TAKE NOTICE that undersigned counsel for defendant, Lexington Insurance Company ("Lexington"), will take the deposition of William R. Legier pursuant to Rule 30 of the Federal Rules of Civil Procedure on June 19, 2008 at 9:00 a.m. at Lemle & Kelleher, L.L.P., 601 Poydras Street, Suite 2100, New Orleans, Louisiana 70130. The deposition questioning shall be limited to the basis and reasons for the business interruption calculations that were the subject of the revised expert report issued by Legier & Materne, APAC, on August 7, 2007



You are hereby notified so that you may participate as you deem fit and proper. The aforesaid deposition shall be conducted under oath and for all purposes authorized by the Federal Rules of Civil Procedure, before a Notary Public, other officer authorized by law to administer oaths, and said deposition shall be recorded by stenographic or other sound means. This Notice shall be considered good and valid until such time as the deposition of the above identified deponent has been completed and shall continue from day to day until concluded.

Respectfully Submitted,

ROBERT I. SIEGEL (#12063)
JOHN E. W. BAAY II-- T.A. (#22928)
DAVID B. WILSON (#23977)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of May, 2008, the foregoing Notice of Depositions was served upon the following counsel of record by depositing same in the United States mail, postage prepaid and properly addressed:

Alan H. Goodman, Esq.
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, Louisiana 70130

David B. Wilson

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONSOLIDATED COMPANIES, INC.** | * | **CIVIL ACTION NO.: 06-4700** |
| | * | |
| | * | **SECTION:** |
| versus | * | **Judge Mary Ann Vial Lemon** |
| | * | |
| | * | **MAG. JUDGE:** |
| **LEXINGTON INSURANCE COMPANY** | * | **Magistrate Judge Sally Shushan** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DEPOSITION OF CONSOLIDATED COMPANIES, INC.

TO:  Consolidated Companies, Inc.
Through its counsel of record:

Alan H. Goodman, Esq.
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, Louisiana 70130

Pursuant to Rule 30(b)(6), please take notice that counsel for Defendant, Lexington Insurance Company ("Lexington"), will take the deposition Plaintiff, Consolidated Companies, Inc. ("Conco"), at the offices of Lemle & Kelleher, L.L.P., 601 Poydras St., 21st Floor, New Orleans, Louisiana 70130 on June 12, 2008 at 9:00 a.m.



Pursuant to Rule 30(b)(6), Conco will provide and designate one or more officers, administrators, or supervisors, or other persons competent to provide testimony on its behalf and whose testimony will bind Conco as to the following matters:

1. Preparation of the 2005 budget for Conco's Harahan branch.

2. Preparation of the 2006 budget for Conco's Harahan branch.

3. The method employed to compare, evaluate, and reconcile the 2005 budget for Conco's Harahan branch to the actual results.

4. The method employed to compare, evaluate, and reconcile the 2006 budget for Conco's Harahan branch to the actual results.

5. The calculation of budget variances between the budgeted and actual results for each account in the 2005 budget for Conco's Harahan branch.

6. The calculation of budget variances between the budgeted and actual results for each account in the 2006 budget for Conco's Harahan branch.

7. The determination whether each of budget variances or any portion thereof between the budgeted and actual results for each account in the 2005 budget for Conco's Harahan branch was related to the physical property damage caused by Hurricane Katrina to Conco's facilities.

8. The determination whether each of budget variances or any portion thereof between the budgeted and actual results for each account in the 2006 budget for Conco's Harahan branch was related to the physical property damage caused by Hurricane Katrina to Conco's facilities.

9. The determination whether each of budget variances or any portion thereof between the budgeted and actual results for each account in the 2005 budget for Conco's Harahan branch was related to Hurricane Katrina but not related to the physical property damage caused by Hurricane Katrina to Conco's facilities.

10. The determination whether each of budget variances or any portion thereof between the budgeted and actual results for each account in the 2006 budget for Conco's Harahan branch was related to Hurricane Katrina but not related to the physical property damage caused by Hurricane Katrina to Conco's facilities.

11. The preparation of any profit and loss statements concerning the period from August 29, 2005 through November 30, 2006.

12. The calculation of gross margin and inside margin for the period from January 1, 2005 to present.

13. The actual operating results for Conco's Harahan branch from January 1, 2005 to present.

Respectfully Submitted,

*[signature]*

ROBERT I. SIEGEL (#12063)
JOHN E. W. BAAY II-- T.A. (#22928)
DAVID B. WILSON (#23977)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:     (504) 561-1011

*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2008, the foregoing was served upon the following counsel of record by hand delivery to:

Alan H. Goodman, Esq.
Lemle & Kelleher, L.L.P.
601 Poydras Street, Suite 2100
New Orleans, Louisiana 70130

_____
David B. Wilson