Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   * * * * * * * * * * * *
                             *
 5   CONSOLIDATED COMPANIES,  *  CIVIL ACTION
     INC.                     *  NO. 06-4700
 6                            *
                              *
 7   VERSUS                   *  SECTION:
                              *  Judge Mary Ann
 8                            *  Vial Lemmon
                              *
 9   LEXINGTON INSURANCE      *  MAG. JUDGE:
     COMPANY                  *  Magistrate Judge
10                            *  Sally Shushan
                              *
11   * * * * * * * * * * * *
12
...
20          Deposition of JACQUELINE "JC"
21   TUTHILL, CPA, taken on Thursday, August 9,
22   2007, commencing at 1:00 p.m., at the law
23   offices of Lemle & Kelleher, 601 Poydras
24   Street, Suite 2100, New Orleans, Louisiana
25   70130.
```

Page 2

```
 1                  I N D E X
 2                                       Page
 3   Caption                                1
 4   Appearances                            3
 5   Agreement of Counsel                   4
 6   Examination
 7        JOHN E. W. BAAY II           5-191,
                                      194-204
 8
 9        ALAN H. GOODMAN             191-194
10
11
12
13   Witness' Attestation               205
14
15   Reporter's Certificate             206
16            *       *       *
17   Exhibits
18   Exhibit 1                           27
19   Exhibit 2                           29
20   Exhibit 3                           29
21   Exhibit 4                           29
22   Exhibit 5                          138
23   Exhibit 6                          148
24   Exhibit 7                          148
25   Exhibit 8                          178
```

Page 3

```
 1   APPEARANCES:
 2
 3        Representing the Plaintiff:
 4        LEMLE & KELLEHER
          Attorneys-at-Law
 5        601 Poydras Street,
          Suite 2100
 6        New Orleans, Louisiana 70130
 7        BY: ALAN H. GOODMAN
 8
 9        Representing the Defendant:
10        GEIGER, LABORDE & LAPEROUSE
          Attorneys-at-Law
11        Suite 4800, One Shell Square
          701 Poydras Street
12        New Orleans, Louisiana 70139-4800
13        BY: JOHN E. W. BAAY II
14
...
23   Reported by: Terence D. Skelton
                  Certified Court Reporter
24                State of Louisiana
25
```

Page 4

```
 1              S T I P U L A T I O N
 2
 3           It is stipulated and agreed by
 4   and between Counsel that the deposition of
 5   JACQUELINE "JC" TUTHILL, is hereby being
 6   taken under the Federal Rules of Civil
 7   Procedure in accordance with the Rules.
 8           The formalities of sealing and
 9   certification are hereby waived. The witness
10   reserves the right to read and sign the
11   deposition. The party responsible for service
12   of the discovery material shall retain the
13   original.
14           All objections are to be made
15   in accordance with the Federal Rules of Civil
16   Procedure.
17               *  *  *  *  *
18           Terence D. Skelton, Certified
19   Court Reporter in and for the State of
20   Louisiana, officiated in administering the
21   oath to the witness.
22
23
24
25
```

**EXHIBIT A**

Page 33

1 laptop somewhere? Is it at Conco? This, what
2 we have printed out here in paper, I printed
3 from a PDF, okay --
4    A. Okay.
5    Q. -- that was e-mailed to me this
6 morning. My understanding is that there is a
7 corresponding Excel spreadsheet that was used
8 to print this document, and then a PDF was
9 created. Is that fair enough?
10    A. This is an Excel spreadsheet, yes.
11    Q. Okay. Where is the Excel file?
12    A. It is on the computer.
13    Q. Whose computer?
14    A. Our firm's computer.
15    Q. Okay. So that's something that --
16 you still have that. It's on your firm's
17 computer. If you wanted to send that to me,
18 you could, or send that to counsel, you could?
19    A. Yes.
20    Q. Okay. I'm going to ask for it again.
21 Are you not going to produce the Excel
22 spreadsheet?
23      MR. GOODMAN:
24        No. Because you haven't
25 produced us, Excel spreadsheets.

Page 34

1      MR. BAAY:
2        As a matter of fact, we have
3 produced every Excel spreadsheet. We have
4 given you an external hard drive that has
5 every Excel spreadsheet on it. I confirmed
6 that this morning. And it would be helpful,
7 for numerous reasons, but one would be so that
8 I don't have to guess at what the formulas are
9 from one column to the other. This one is
10 easy, but there are other things that have
11 been done that are much more complicated.
12      MR. GOODMAN:
13        I don't recall receiving the
14 Excel spreadsheets from you. And I don't
15 think our expert has them.
16      MR. BAAY:
17        David --
18      MR. GOODMAN:
19        Let me finish. Let me finish.
20      MR. BAAY:
21        Sorry.
22      MR. GOODMAN:
23        These are -- these schedules
24 have been presented to you in exactly the same
25 format as what's in the binder.

Page 35

1      MR. BAAY:
2        Okay.
3      MR. GOODMAN:
4        And that's what we're producing.
5 Let's move on.
6      MR. BAAY:
7        So you're not going to produce
8 the Excel spreadsheets?
9      MR. GOODMAN:
10        Let's move on.
11      MR. BAAY:
12        Correct?
13      MR. GOODMAN:
14        Let's move on.
15      MR. BAAY:
16        Okay. I take that as a no.
17 EXAMINATION BY MR. BAAY:
18    Q. Can you tell me briefly what changes
19 were made, since I don't have the Excel
20 spreadsheet to be able to easily compare the
21 two files, can you tell me what changes were
22 made between Exhibit Number 1 and the first
23 schedule in the binder? Is that going to be
24 an easy task or a difficult task?
25    A. Those have actually been identified

Page 36

1 for you on the very top, with these
2 explanations.
3    Q. Okay. Unfortunately, I did not print
4 this out in a color printer. I will -- I'm
5 assuming that I received them in color.
6      Do you have them in color, or do you
7 have -- mine, all of the shading looks the
8 same. So it's hard -- there are two different
9 things that have been shaded, just so that I
10 can understand. One is, changes in payroll
11 taxes and 401(k) expense formulas has been
12 shaded in yellow.
13      And then some cells have been shaded
14 in green. Update for client's revisions to
15 continuing cost percentages.
16      Let's start with the first one. I
17 believe the first one is relatively easy.
18 That's based on the mistake that we discovered
19 during Mr. Legier's deposition, where some
20 payroll accounts had been carried forward, but
21 all of the payroll taxes and expenses had been
22 carried forward. That mistake has been
23 corrected and highlighted in yellow?
24    A. I wouldn't particularly characterize
25 it the way you described it. That is one of

Page 37

1  the updates that was made to the schedule, was
2  for the payroll taxes. And I believe you did
3  ask Mr. Legier about that in his deposition.
4      Q. Okay. That wasn't a mistake?
5      A. It was an incorrect formula. Yes, it
6  was.
7      Q. Okay. And then, so then, I should
8  probably be able to relatively easily see, on
9  Page 5, I'm assuming that that, what's
10 highlighted there, since it doesn't deal with
11 payroll taxes, it must be green. It's a
12 purchase allocation. Do you know why that was
13 changed?
14     MR. GOODMAN:
15         I'm sorry.
16     MR. BAAY:
17         I'm sorry. Page 5 of Exhibit 1.
18     MR. GOODMAN:
19         Five of 18?
20     MR. BAAY:
21         Right.
22     MR. GOODMAN:
23         How far down?
24     MR. BAAY:
25         It's like in the middle of the

Page 38

1  page. There's two that are highlighted.
2      MR. GOODMAN:
3          Okay. Mine didn't get
4  highlighted. Okay.
5  EXAMINATION BY MR. BAAY:
6      Q. Okay. You have a color copy of it?
7      A. Yes, I do.
8      Q. Okay.
9      MR. GOODMAN:
10         So which one, the purchase
11 allocation and which other one?
12     MR. BAAY:
13         It looks like telephone
14 merchandising.
15     MR. GOODMAN:
16         Okay.
17 EXAMINATION BY MR. BAAY:
18     Q. Both of those have been changed from
19 100 percent to 50 percent, is that right, or
20 what were they --
21     A. They currently reflect 50 percent at
22 this time, yes.
23     Q. Okay. And do you know why that
24 change was made?
25     A. That was an update of additional

Page 39

1  information that was provided by the client.
2      Q. And was there anything particular
3  that the client told you about that particular
4  account, or they told you to change that to 50
5  percent, and you changed it?
6      A. There was nothing particular that
7  they told me about that account.
8      Q. Do you have an opinion, one way or
9  another, about whether that should be 50
10 percent?
11     A. I'm not as familiar with their
12 operations as they are, to make those sorts of
13 assumptions.
14     Q. Okay. Is any of the work in this
15 spreadsheet the work product of either you or
16 Mr. Legier?
17     A. I would characterize this entire
18 spreadsheet as the work product of
19 Legier & Materne. The continuing cost
20 percentage, the column was information that
21 was provided by the client.
22     Q. Okay. And have you formulated an
23 opinion or done any work to determine whether
24 that's correct or not? Are you going to offer
25 an expert opinion about whether or not each

Page 40

1  line item has been correctly identified and
2  labeled?
3      A. I believe the client would be more
4  appropriate to do that.
5      Q. So that would be no, you're not going
6  to provide an expert opinion on that?
7      A. I can't say that we couldn't analyze
8  it and go through here to determine it, but I
9  think that they would have more information.
10 Since this was information provided by them,
11 they would be the ones to address that.
12     Q. Okay. To date, you haven't done that
13 work? You haven't made that analysis, done
14 what you just told me you would need to do to
15 be able to comment on it?
16     A. We have looked through there, and we
17 haven't identified any items that in
18 particular, we would disagree with. And as I
19 said, they would certainly have more
20 information than we would.
21     Q. Okay. What is purchase allocation?
22 What does that have to do with?
23     A. I can't say that I have every general
24 ledger account memorized and what goes in it
25 at this point.

Page 41

1  Q. How about telephone merchandizing?
2  A. That is telephone expenses within the
3  merchandising department.
4  Q. So for their phone calls and whatnot?
5  A. Correct.
6  Q. By putting 50 percent, is it meant to
7  portray that 50 percent of that expense would
8  be continuing, even if the business were shut
9  down?
10  A. This scenario, yes, it's assuming a
11  shutdown of the business, correct.
12     MR. GOODMAN:
13         Just so it's clear, she is going
14  to be an expert on these. And she is going to
15  testify based on the information that the
16  client has supplied to her.
17     MR. BAAY:
18         The only thing I heard her say
19  was that the client has more familiarity than
20  she does with the items. But I also heard her
21  say that she has gone through them. So I'm
22  just clarifying the record for you, if you
23  want to keep going.
24  EXAMINATION BY MR. BAAY:
25  Q. On Page 7 of 18, meals &

Page 42

1  entertainment street salary, is that a green
2  highlighted item on yours?
3  A. I believe it's meals and
4  entertainment, street sales.
5  Q. What is that account?
6  A. That would be the meals and
7  entertainment expense within the street sales
8  department.
9  Q. Okay. And the client made a
10  determination that 60 percent of those
11  expenses would be continuing even in a
12  complete shutdown?
13  A. That is correct.
14  Q. Do you agree with that?
15  A. Well, yes, I do, actually.
16  Q. Okay. And why would those expenses
17  be continuing in a complete shutdown?
18  A. There are salaries, certain salaries
19  that continue in a shutdown, and those would
20  be the meals and entertainment associated with
21  those salaries.
22  Q. Okay. Whatever salaried people are
23  stayed on, is that what you mean? There are
24  some salaried people that are nonordinary
25  payroll people, basically, and they will

Page 43

1  incur, since they're staying on, they will
2  incur some meals and entertainment expense,
3  and that's where that's captured. Is that a
4  fair statement?
5  A. That is correct.
6  Q. Okay. Why is it 60 percent versus 50
7  percent or some other percentage?
8  A. That would be best answered by the
9  client.
10  Q. Is there a formula in that cell, or
11  did somebody just pick 60 percent?
12  A. That was provided by the client.
13  There's not a formula in that cell.
14  Q. The next one is, Miscellaneous
15  employee reimbursement, street sales. And
16  that's 50 percent, not that it makes any
17  difference, because it's zero, right?
18  A. That is correct.
19  Q. But it might make a difference in the
20  actuals. Same thing on the next page. I have
21  a couple of green items on 8 of 18.
22      It looks like it's the same two for
23  national accounts. These would be the meals,
24  entertainment, and miscellaneous, employee
25  reimbursement for those salaried people that

Page 44

1  would remain on, even assuming a total
2  shutdown. Fair enough?
3  A. Yes.
4  Q. Training expense, national account.
5  Why is that? Why is that green? What was
6  that changed to or from? Or is it -- I can't
7  tell what color it is. Is it green?
8  A. It is green.
9  Q. What was the change?
10  A. I would have to compare it to the
11  prior schedule.
12     (Recess).
13  EXAMINATION BY MR. BAAY:
14  Q. Okay. In the original formula, the
15  meals and entertainment expenses had been 100
16  percent, right? So this represents a
17  reduction. I know that's not significant.
18     MR. GOODMAN:
19        Wait, wait. What page are you
20  on?
21     MR. BAAY:
22        I'm on 8 of 18 of the new
23  Exhibit 1.
24     MR. GOODMAN:
25        Okay. The ones you had gone

Page 45

1 through before?
2      MR. BAAY:
3          Right.
4      MR. GOODMAN:
5          Okay. Go ahead.
6 EXAMINATION BY MR. BAAY:
7    Q. The corresponding accounts in the
8 old, the first schedule behind Tab D, I asked
9 if that was an increase or a decrease, and you
10 were going to look. And I just don't remember
11 if we answered that.
12    A. I believe we were actually looking at
13 training expense and how it changed, and
14 training expense was 100 percent in the other
15 schedule, in the first schedule behind Tab D.
16 It's zero percent in Exhibit 1.
17    Q. Do you know why that was changed?
18    A. I do not. That was provided --
19 information provided by the client.
20    Q. Do you agree with that?
21    A. The dollar amount would be zero, so I
22 wouldn't say that it impacts the calculation
23 at all.
24    Q. I would agree. The other two right
25 above it, the meals and entertainment for

Page 46

1 national accounts and the miscellaneous
2 employee reimbursement on the national
3 accounts, did that increase or decrease to 50
4 percent?
5    A. That was decreased from 100 percent
6 to 50 percent.
7    Q. Okay. What's the next green one that
8 you have? I'm having trouble. The next one I
9 see is Page 11 of 18; is that right?
10    A. There are actually three on Page 9.
11    Q. Okay. The first one is meals and
12 entertainment, same explanation there. It's
13 the meals and entertainment for the remaining
14 people.
15    A. Correct.
16    Q. Okay.
17      MR. GOODMAN:
18          Where is that?
19      MR. BAAY:
20          Nine.
21      THE WITNESS:
22          Page 9.
23      MR. BAAY:
24          About ten lines down.
25      MR. GOODMAN:

Page 47

1          Okay.
2 EXAMINATION BY MR. BAAY:
3    Q. Training expense healthcare is the
4 same thing we did on the last one? It's
5 showing now, it's discontinued. Down below,
6 travel expense beverage. That was changed to
7 50 percent from what, do you know?
8      MR. GOODMAN:
9          How far down was that travel
10 expense beverage?
11      MR. BAAY:
12          It's about ten lines up from the
13 bottom.
14      MR. GOODMAN:
15          What was the question, what was
16 it changed from?
17      MR. BAAY:
18          Yes.
19      THE WITNESS:
20          Travel expense beverage
21 previously was at zero percent, so this would
22 be an increase.
23 EXAMINATION BY MR. BAAY:
24    Q. And why did it increase?
25    A. That would be best answered by the

Page 48

1 client, who provided this information.
2    Q. Do you have any basis to either agree
3 or disagree?
4    A. Not at this time, no.
5    Q. And counsel made a representation for
6 the record a minute ago, that at some point in
7 time, you're going to be able to give expert
8 testimony on all of these accounts and why
9 they are designated either zero, 100, or some
10 other percent. When do you plan on doing that
11 work to be able to make those kind of -- to be
12 able to testify as to the accuracy, based on
13 your expert opinion, your expert training and
14 knowledge on each one of those accounts?
15    A. I don't have a specific plan to do
16 that at this time.
17    Q. Okay. On Page 11, do you have a
18 green -- tell me what your next green line is.
19    A. Equipment maintenance.
20    Q. Okay. Why was that changed?
21    A. Again, it was based on additional
22 information provided by the client.
23    Q. That was changed from what to what,
24 do you know?
25    A. It was from zero percent to 25

Page 49

1 percent.
2 Q. Next thing, what's the next green
3 line you have?
4 A. Travel expenses.
5 Q. On that same page?
6 A. Yes.
7    MR. GOODMAN:
8       Can I see?
9    THE WITNESS:
10      Account 630814.
11   MR. GOODMAN:
12      630 what?
13   THE WITNESS:
14      814.
15   MR. GOODMAN:
16      That's on the next page. That's
17 on Page 12 of ours, for what it's worth.
18   MR. BAAY:
19      Well, it's worth a lot, because
20 that's why having the Excel spreadsheet would
21 be helpful. But, you know.
22 EXAMINATION BY MR. BAAY:
23   Q. So the sheets that you have, travel
24 expenses is on page what?
25   A. Eleven of 18.

Page 50

1    Q. Okay. And what we've been provided
2 for the PDF that we got, that I printed out
3 and made Exhibit 1, that same line is on
4 Page 12 of 18, the second line from the top.
5       Do you have any idea why the page
6 breaks are different between our two?
7    A. Generally, I'm familiar with, every
8 time you print the schedule to a different
9 printer, your page breaks change. I can print
10 from one printer in the office to another with
11 the same document, and it prints different
12 page breaks. I don't know why.
13   MR. BAAY:
14      Okay. What page is yours on?
15   MR. GOODMAN:
16      Same as yours.
17 EXAMINATION BY MR. BAAY:
18   Q. Okay. Did you create the PDFs or did
19 you print the spreadsheets? Or how did these
20 PDFs get created, do you know?
21   A. File print. I do know.
22   Q. How?
23   A. File print to a PDF.
24   Q. So the PDFs that were made and then
25 e-mailed to Alan, who then e-mailed them to

Page 51

1 me, from your screen in the Excel spreadsheet,
2 instead of printing it to a printer and
3 scanning it, you printed it to a PDF document?
4    A. That's correct.
5    Q. Okay. The next green line that I see
6 is, salaries-credit department, or is that a
7 yellow?
8    A. That's green.
9    Q. Why was that changed?
10   A. Based on additional information
11 provided by the client.
12   Q. What information did they provide
13 you, other than, change the number to 65?
14   A. That's the information they provided,
15 was the continuing cost percentages.
16   Q. Okay. So is it fair to say that your
17 work in that, at least, in terms of these most
18 recent changes, were done, were purely
19 clerical?
20   A. How would you define clerical?
21   Q. Taking 0.65, enter, in Excel.
22   A. In this change, for that particular
23 change, that --
24   Q. You didn't call upon your years of
25 accounting experience to figure out that that

Page 52

1 number should be 65 versus something else, did
2 you? Is that fair enough?
3    A. If we're talking about this
4 particular change, that would be correct, yes.
5    Q. Okay. For any of the continuing cost
6 percentages, isn't that also correct, you
7 didn't call upon any of your accounting
8 expertise to analyze, evaluate, and determine
9 whether any of these percentages were correct?
10 Isn't that a fair statement?
11   A. I would not necessarily characterize
12 it that way, no.
13   Q. Which ones on here did you analyze,
14 evaluate, and determine were correct, based on
15 your accounting experience?
16   A. I studied and analyzed them, and I
17 didn't note any exceptions that came to mind.
18 But obviously, the client would have more
19 information to provide and be specific with a
20 specific percentage.
21   Q. Okay. So the fact that you didn't
22 see any exceptions, or no exceptions came to
23 mind, means that you didn't change any of
24 their numbers. Is that a fair statement,
25 also? These are their numbers?

Page 53

1 A. I did not change their numbers,
2 correct.
3 Q. Okay. What's the next green line
4 that you have?
5 A. Employee group insurance.
6 Q. Why was that changed? I tell you
7 what. I'm going to stop asking that question.
8 What was it changed from?
9 A. I believe -- let me check.
10 MR. GOODMAN:
11 What was the next one that was
12 changed?
13 THE WITNESS:
14 Employee group insurance.
15 MR. BAAY:
16 640728.
17 MR. GOODMAN:
18 I see. I see.
19 THE WITNESS:
20 I believe that was reduced from
21 100 percent to 50 percent.
22 EXAMINATION BY MR. BAAY:
23 Q. Postage, that was changed, also, from
24 100 percent to 75 percent? Supplies, from 100
25 percent to 75 percent?

Page 54

1 A. Postage changed from 100 percent to
2 75 percent.
3 Q. Let me ask this question. There are
4 two columns: One is, Year-to-date, 7/05, and
5 the other one is, Budget 2005.
6 And then the last column that has any
7 numbers on it, on most of these pages, anyway,
8 is the January through July '05. That column
9 is calculated by the continuing costs off of
10 the actual year-to-date '05, not the budget,
11 correct?
12 A. Correct.
13 Q. Okay. Why is the budget presented in
14 this spreadsheet? What purpose does it serve?
15 A. I believe it calculates the budget
16 achievement factor. And in order to do that,
17 we reflected January through July of actual
18 versus --
19 Q. Okay. That's where the 91 point
20 something percent budget achievement factor
21 came from?
22 A. Yes.
23 Q. What's the formula in the cell on
24 Page 14 of 18, that generates the 91.06?
25 A. 1,938,460 divided by 2,128,878.

Page 55

1 Q. The numbers on the top of Page 15,
2 what are those numbers?
3 A. Those reflect the net income from
4 August through December of '05, actual and
5 budget. The next line adds that number to the
6 numbers on the prior page, Page 14, to
7 determine total 2005 net income.
8 Q. Okay. So on Page 15, those numbers
9 don't correspond any more to the column
10 headings?
11 A. No. That's a memo, note, which is
12 described on that page as a tie-in to the
13 financial statements.
14 Q. Okay. I just want to make sure that
15 I'm tying into the right spot. I think I see
16 it. But have you seen the updated report?
17 A. Yes, I have.
18 Q. Okay. So one of the things generated
19 by this spreadsheet that we've been talking
20 about is the cost and expenses, assuming no
21 resumption of operation, correct?
22 A. Yes.
23 Q. And from the changes that we've
24 talked about, that number has changed from
25 12,953,899 to 12,308,522; is that right?

Page 56

1 A. That is correct.
2 Q. Okay. So that would represent an
3 approximately $600,000 decrease in the claim
4 being made under the Lexington policy,
5 correct?
6 A. Under that scenario, yes, that's
7 correct. There is a decrease in the
8 12,953,899 to 12,308,522.
9 Q. Right. You say under that scenario.
10 That number is calculated under that scenario,
11 and then that calculated number is then added
12 to the new but-for number that we'll talk
13 about in a minute, to get to the business
14 interruption claim, correct?
15 A. Correct.
16 Q. Okay. I think I see all the rest of
17 the changes. The budget achievement factor
18 didn't change by these changes. That's not
19 one of the things that changed, correct?
20 A. That did not change, no.
21 Q. Okay. So the only changes in this
22 spreadsheet are from the continuing cost
23 column and to the right. Were there any
24 updates to any of the actual numbers? Were
25 there any -- I don't remember finding any